United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 14-29489-NB
Karen Virginia McClain                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2           User: nvandenst           Page 1 of 1              Date Rcvd: Oct 15, 2014
                               Form ID: ccdn             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2014.
db             +Karen Virginia McClain,    8950 W. Olympic Blvd, #193,   Beverly Hillls, CA 90211-3565

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2014                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2014 at the address(es) listed below:
          David A Tilem    on behalf of Debtor Karen Virginia McClain davidtilem@tilemlaw.com,
           DavidTilem@ecf.inforuptcy.com;malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;joanfidelson@til
           emlaw.com;JoanFidelson@ecf.inforuptcy.com
          United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                         TOTAL: 2

| **United States Bankruptcy Court**<br>**Central District Of California** | |
| --- | --- |
| In re:<br>Karen Virginia McClain | CHAPTER NO.:  13 |
| | CASE NO.: 2:14–bk–29489–NB |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

You must cure the following within 14 days from filing of your petition:

☑ Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159) (Official Form B6 Pg 2)
☑ Debtor's Certification of Employment Income (Local Form)
☑ Verification of Master Mailing List of Creditors [LBR 1007–1(d)] (Local Form)

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2–1(a)(7).

Chapter 13     Original only

**Please return the original or copy of this form with all required items to the following location:**

255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below–referenced Deputy Clerk:

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: <u>October 15, 2014</u>

**By: <u>Nancy Vandensteen</u>**
   **Deputy Clerk**

ccdn – Revised 06/2014                                                                                                          **1 /**