**United States Bankruptcy Court**
**Central District of California**

**IN RE:**
                                                                    Case No. **2:14-bk-29489-NB**

**McClain, Karen Virginia**
                                                                    Chapter **13**

Debtor(s)

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?  Yes __✓__  No ____

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A _____   B __✓__   C __✓__   D __✓__   E _____   F __✓__   G _____   H _____   I _____   J _____

Statement of Social Security Number(s) _____           Statement of Financial Affairs _____

Statement of Intention _____                           Other __✓__

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, **McClain, Karen Virginia** _____., the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

Dated **November 20, 2014** _____

*** FOR COURT USE ONLY ***

*/s/ Karen Virginia McClain* _____
*Debtor Signature*

_____
*Co-Debtor Signature*

B-1008 *Revised November 2011*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| David A. Tilem 103825<br>Law Offices of David A. Tilem<br>206 N. Jackson St., #201<br>Glendale, CA 91206<br>(818) 507-6000<br>(818) 507-6800<br><br>☒ Attorney for Debtor | |

### United States Bankruptcy Court
### Central District of California

| In re:<br>**McClain, Karen Virginia** | CASE NO.: |
|---|---|
| | CHAPTER: 13 |
| Debtor(s). | ADV. NO.: |

## ELECTRONIC FILING DECLARATION
## (INDIVIDUAL)

☑ Petition, statement of affairs, schedules or lists        Date Filed:

☐ Amendments to the petition, statement of affairs, schedules or lists        Date Filed:

☐ Other:        Date Filed:

#### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____     **October 14, 2014**
Signature of Signing Party                                                          *Date*

**McClain, Karen Virginia**
*Printed Name of Signing Party*

#### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the Declaration of Debtor(s) or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the Statement of Social Security Number(s) (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the Statement of Social Security Number(s) (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the Statement of Social Security Number(s) (Form B21) available for review upon request of the Court.

_____     **October   15  , 2014**
Signature of Attorney for Signing Party                                     *Date*

**David A. Tilem**
*Printed Name of Attorney for Signing Party*

---

*November 2006*        This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**B6B (Official Form 6B) (12/07)**

**IN RE** McClain, Karen Virginia _____   Case No. **2:14-bk-29489-NB** _____

Debtor(s)                                                       (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash** | | **1,245.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking & Savings Account** **Wells Fargo** **Checking Account** **Wells Fargo** **Money Market Account** | | **5,180.00** **870.00** **0.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Miscellaneous household furniture, appliances, electronics, and computer equipment located at residence and storage.** | | **7,500.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Miscellaneous clothing and accessories located at residence.** | | **4,000.00** |
| 7.  Furs and jewelry. | | **Miscellaneous furs and jewelry located at residence.** | | **5,000.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **McClain, Karen Virginia**                                                          Case No. **2:14-bk-29489-NB**
                                                    Debtor(s)                                                    (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Debtor is the sole proprietor of A Secret Place, a retail clothing business. The business operates out of 8950 W. Olympic Boulevard, #193, Beverly Hills, CA 90211. The value of the business is limited to the value of the business assets and inventory less the business liabilities. The business assets are as follows:** **Miscellaneous inventory and equipment including clothing, furniture, refrigerator, microwave, television, and miscellaneous tools of the trade.** | | **0.00** |
| | | **Debtor no longer operates Yolanda Zae, Inc. The corporation has no assets.** | | **0.00** |
| | | **Miscellaneous inventory and equipment located at business such as clothing, furniture, refrigerator, microwave, television, and miscellaneous tools of the trade.** | | **11,705.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Debtor is owed approximately $2,100 in accounts receivable.** | | **2,100.00** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

AMENDED SCHEDULE B - PERSONAL PROPERTY

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **McClain, Karen Virginia**

Debtor(s)

Case No. **2:14-bk-29489-NB**

(If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1995 Jaguar XJ12**    Debtor does not know where the vehicle is at this time. Debtor had the vehicle at her dealer for repairs. When the dealership went out of business, the vehicle could not be located. | | 0.00 |
| | | **1999 Ford Explorer**    Mileage: 109,000    Vehicle is unencumbered. | | 1,313.00 |
| | | **2010 Infiniti Q5X6**    Mileage: 37,200    Vehicle is partially encumbered. | | 31,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | 70,413.00 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____**0**_____ continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13)

**IN RE** McClain, Karen Virginia                                                                    Case No. **2:14-bk-29489-NB**

Debtor(s)                                                                                                            (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash** | **CCCP § 703.140(b)(5)** | **1,245.00** | **1,245.00** |
| **Checking & Savings Account Wells Fargo** | **CCCP § 703.140(b)(5)** | **5,180.00** | **5,180.00** |
| **Checking Account Wells Fargo** | **CCCP § 703.140(b)(5)** | **870.00** | **870.00** |
| **Miscellaneous household furniture, appliances, electronics, and computer equipment located at residence and storage.** | **CCCP § 703.140(b)(3)** | **7,500.00** | **7,500.00** |
| **Miscellaneous clothing and accessories located at residence.** | **CCCP § 703.140(b)(3)** | **4,000.00** | **4,000.00** |
| **Miscellaneous furs and jewelry located at residence.** | **CCCP § 703.140(b)(4)** **CCCP § 703.140(b)(5)** | **1,525.00** **3,475.00** | **5,000.00** |
| **Debtor is owed approximately $2,100 in accounts receivable.** | **CCCP § 703.140(b)(5)** | **2,100.00** | **2,100.00** |
| **1999 Ford Explorer** **Mileage: 109,000** **Vehicle is unencumbered.** | **CCCP § 703.140(b)(5)** | **1,313.00** | **1,313.00** |
| **2010 Infiniti Q5X6** **Mileage: 37,200** **Vehicle is partially encumbered.** | **CCCP § 703.140(b)(2)** | **1,905.44** | **31,500.00** |

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6D (Official Form 6D) (12/07)**

IN RE **McClain, Karen Virginia** _____    Case No. **2:14-bk-29489-NB** _____
                          Debtor(s)                                                (If known)

## AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **CD**<br><br>**CALIFCO, LLC**<br>**C/O Aaron D. Aftergood**<br>**319 S. Robertson Boulevard**<br>**Beverly Hills, CA  90211** | | | **2013-2014**<br>**Lease Arrears**<br><br><br>VALUE $ **11,705.00** | X | | | **27,900.00** | **16,195.00** |
| ACCOUNT NO. **8959**<br><br>**Infiniti Financial Services**<br>**P.O. Box 660366**<br>**Dallas, TX  75266-0366** | | | **2012**<br>**2010 Infiniti QX56**<br><br><br>VALUE $ **31,500.00** | | | | **29,594.56** | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |

_____ **0** continuation sheets attached

|  | | Subtotal<br>(Total of this page) | $ | **57,494.56** | $ | **16,195.00** |
|---|---|---|---|---|---|---|
|  | | Total<br>(Use only on last page) | $ | **57,494.56** | $ | **16,195.00** |
|  | | | | (Report also on Summary of Schedules.) | | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07)**

IN RE **McClain, Karen Virginia** _____   Case No. **2:14-bk-29489-NB**
                                    Debtor(s)                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **445**<br>**4055 Loft<br>4055 Lynwood Ave.<br>Los Angeles, CA  90066** | | | **7/2014<br>Personal Debt** | | | | **8,500.00** |
| ACCOUNT NO.<br>**Amy Leiner<br>Amy Leiner Designs<br>207 Neckroad<br>Madison, CT  06443** | | | **2013<br>Business Debt** | | | | **6,783.00** |
| ACCOUNT NO. **4729**<br>**Banana Blue<br>RMS<br>305 Fellowship Rd. #100 P.O. Box 5471<br>Mt. Laurel, NJ  08054** | | | **2012<br>Business Debt** | | | | **10,213.00** |
| ACCOUNT NO.<br>**Beach Cities<br>Emergency Group<br>P.O. Box 10550<br>Westminister, CA  92685-0550** | | | **3/2014<br>Medical Services Rendered** | | | | **499.00** |

_____ **3** continuation sheets attached

| | |
|---|---|
| Subtotal<br>(Total of this page) | $ **25,995.00** |
| Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE McClain, Karen Virginia**                                    Case No. **2:14-bk-29489-NB**
                         Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0510** <br> **Cheetah Movers** <br> **1245 West 135th Street** <br> **Gardena, CA  90247** | | | **2014** <br> **Business Debt** | | | | **6,200.00** |
| ACCOUNT NO. <br> **Citibank** <br> **Processing Center** <br> **Des Moines, IA  50363** | | | **2012** <br> **Business Debt** | | | | **16,629.00** |
| ACCOUNT NO. <br> **Collections Bureau Of America** <br> **Sparkletts Standard** <br> **25954 Eden Road, 1st Floor** <br> **Hayward Landing, CA  94545** | | | **2013** <br> **Water System** | | | | **589.00** |
| ACCOUNT NO. **0000** <br> **Department Of Water And Power** <br> **111 No. Hope St.** <br> **P.O. Box 51111** <br> **Los Angeles, CA  90051-0100** | | | **9/2014** <br> **Business Debt** | | | | **2,449.38** |
| ACCOUNT NO. **0001** <br> **Department Of Water And Power** <br> **111 No. Hope St.** <br> **P.O. Box 51111** <br> **Los Angeles, CA  90051-0100** | | | **2014** <br> **Business Debt** | | | | **1,055.31** |
| ACCOUNT NO. **1000** <br> **Department Of Water And Power** <br> **111 No. Hope St.** <br> **P.O. Box 51111** <br> **Los Angeles, CA  90051-0100** | | | **7/2014** <br> **Personal Utility Bill** | | | | **500.00** |
| ACCOUNT NO. **0271** <br> **Elemente Clemente** <br> **Terrace International** <br> **P.O. Box 1186** <br> **Fort Lee, NJ  07024** | | | **2012 - 2013** <br> **Business Debt** | | | | **16,456.00** |

Sheet no. **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **43,878.69**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE** McClain, Karen Virginia        Case No. **2:14-bk-29489-NB**

Debtor(s)        (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6926**<br>**Evolution**<br>**Robinson & Associates**<br>**1612 Beverly Blvd.**<br>**Los Angeles, CA  90026** | | | **2013**<br>**Business Debt** | | | | **1,859.34** |
| ACCOUNT NO. **1112**<br>**EZ Storage**<br>**12901 Culver Blvd.**<br>**Los Angeles, CA  90066** | | | **Accumulated personal charges incurred over the past several years.** | | | | **242.00** |
| ACCOUNT NO. **2147**<br>**EZ Storage**<br>**12901 Culver Blvd.**<br>**Los Angeles, CA  90066** | | | **Accumulated personal charges incurred over the past several years.** | | | | **2,571.20** |
| ACCOUNT NO. **3782**<br>**GSM Fashions**<br>**Jeffrey S. Roz**<br>**1755 University Drive**<br>**Pembrook Pines, FL  33024** | | | **2013**<br>**Business Debt** | | | | **2,173.60** |
| ACCOUNT NO. **9012**<br>**Home Depot Credit Services**<br>**P.O. Box 183175**<br>**Columbus, OH  43213** | | | **2012**<br>**Business Debt** | | | | **1,375.00** |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**Post Office Box 21126**<br>**Philadelphia, PA  19114-0326** | | | **2005 Federal Income Taxes** | | | | **9,544.64** |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA  19101** | | | **Assignee or other notification for:**<br>**Internal Revenue Service** | | | | |

Sheet no. **2** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **17,765.78**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **McClain, Karen Virginia** _____   Case No. **2:14-bk-29489-NB** _____

Debtor(s)                                                         (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2736** <br> **Milano Imports, Inc.** <br> **Musani** <br> **110 East Ninth St. Ste. B-385** <br> **Los Angeles, CA  90079** | | | **2014** <br> **Business Debt** | | | | **5,000.00** |
| ACCOUNT NO. **0351** <br> **Smyyth Collections, LLC** <br> **De Sentino Inc.** <br> **51 Cragwood Rd. Ste. 201** <br> **South Plainfield, NJ  07080** | | | **2013** <br> **Business Debt** | | | | **2,972.00** |
| ACCOUNT NO. <br> **The Michael Collection** <br> **Attn: Michael Dicker** <br> **552 Fashion Ave. Rm. 501** <br> **New York, NY  10018** | | | **2012** <br> **Business Debt** | | | | **6,000.00** |
| ACCOUNT NO. **9600** <br> **Verizon** <br> **P.O. Box 66108** <br> **Dallas, TX  75266** | | | **9/2014** <br> **Telephone Bill** | | | | **238.73** |
| ACCOUNT NO. <br> **Warren O. Hodges, Jr.** <br> **Ritt, Tai, Thvedt & Hodges, LLP** <br> **65 North Raymond Avenue, Suite 320** <br> **Pasadena, CA  91103** | | | **2014** <br> **Legal Fees** | | | | **8,000.00** |
| ACCOUNT NO. <br> **Wilson Security Systems** <br> **9018 Balboa Blvd. #601** <br> **Northridge, CA  91325** | | | **2012** <br> **Security System** | | | | **1,425.70** |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____**3**____ of ____**3**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **23,636.43**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **111,275.90**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Central District of California**

**IN RE:**                                                Case No. **2:14-bk-29489-NB**

**McClain, Karen Virginia**                              Chapter **13**
Debtor(s)

## AMENDED BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (Note: ONLY INCLUDE information directly related to the business operation.)

**PART A** - GROSS BUSINESS INCOME FOR THE PREVIOUS 12 MONTHS:

  1. Gross Income For 12 Months Prior to Filing:                  $      **157,728.00**

**PART B** - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

  2. Gross Monthly Income:                                              $      **13,314.00**

**PART C** - ESTIMATED FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ | |
| 4. Payroll Taxes | $ | |
| 5. Unemployment Taxes | $ | |
| 6. Worker's Compensation | $ | |
| 7. Other Taxes | $ | |
| 8. Inventory Purchases (Including raw materials) | $ | **2,527.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | $ | |
| 10. Rent (Other than debtor's principal residence) | $ | **6,500.00** |
| 11. Utilities | $ | **250.00** |
| 12. Office Expenses and Supplies | $ | |
| 13. Repairs and Maintenance | $ | |
| 14. Vehicle Expenses | $ | |
| 15. Travel and Entertainment | $ | |
| 16. Equipment Rental and Leases | $ | |
| 17. Legal/Accounting/Other Professional Fees | $ | |
| 18. Insurance | $ | **275.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | $ | |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | $ | |
| 21. Other (Specify):<br>**See Continuation Sheet** | $ | **1,827.00** |

  22. Total Monthly Expenses (Add items 3-21)                        $      **11,379.00**

**PART D** - ESTIMATED AVERAGE NET MONTHLY INCOME

  23. **AVERAGE NET MONTHLY INCOME** (Subtract Item 22 from Item 2)   $      **1,935.00**

_____      _/s/ Karen Virginia McClain_____      _____
**11/20/2014**
   Date                                 Debtor                              Joint Debtor (if applicable)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **McClain, Karen Virginia** _____    Case No. **2:14-bk-29489-NB** _____

Debtor(s)

**AMENDED BUSINESS INCOME AND EXPENSES**
**Continuation Sheet - Page 1 of 1**

Other:

| | |
|---|---|
| **Telephone/Internet** | **190.00** |
| **Bank Charges** | **40.00** |
| **Storage** | **680.00** |
| **Vehicle Payments** | **772.00** |
| **Vehicle Insurance** | **145.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
206 N. Jackson Street, Suite 201, Glendale, CA 91206

A true and correct copy of the foregoing document entitled (*specify*):  **AMENDED SCHEDULES B, C, D, F, & AMENDED BUSINESS INCOME & EXPENSES** Debtor(s). will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _11/20/2014_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kathy A Dockery (TR)**    efiling@CH13LA.com
- **David A Tilem**    davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _11/20/2014_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/20/2014 | Joan Fidelson | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                           **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE BY U.S. MAIL**
4055 Loft
4055 Lynwood Ave.
Los Angeles, CA 90066

Amy Leiner
Amy Leiner Designs
207 Neckroad
Madison, CT 06443

Banana Blue
RMS
305 Fellowship Rd. #100 P.O. Box 54
Mt. Laurel, NJ 08054

Beach Cities
Emergency Group
P.O. Box 10550
Westminister, CA 92685-0550

CALIFCO, LLC
C/O Aaron D. Aftergood
319 S. Robertson Boulevard
Beverly Hills, CA 90211

Cheetah Movers
1245 West 135th Street
Gardena, CA 90247

Citibank
Processing Center
Des Moines, IA 50363

Collections Bureau Of America
Sparkletts Standard
25954 Eden Road, 1st Floor
Hayward Landing, CA 94545

Department Of Water And Power
111 No. Hope St.
P.O. Box 51111
Los Angeles, CA 90051-0100

Elemente Clemente
Terrace International
P.O. Box 1186
Fort Lee, NJ 07024

Evolution
Robinson & Associates
1612 Beverly Blvd.
Los Angeles, CA 90026

EZ Storage
12901 Culver Blvd.
Los Angeles, CA 90066

GSM Fashions
Jeffrey S. Roz
1755 University Drive
Pembrook Pines, FL 33024

Home Depot Credit Services
P.O. Box 183175
Columbus, OH 43213

Infiniti Financial Services
P.O. Box 660366
Dallas, TX 75266-0366

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA 19114-0326

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Milano Imports, Inc.
Musani
110 East Ninth St. Ste. B-385
Los Angeles, CA 90079

Smyyth Collections, LLC
De Sentino Inc.
51 Cragwood Rd. Ste. 201
South Plainfield, NJ 07080

The Michael Collection
Attn: Michael Dicker
552 Fashion Ave. Rm. 501
New York, NY 10018

Verizon
P.O. Box 66108
Dallas, TX 75266

Warren O. Hodges, Jr.
Ritt, Tai, Thvedt & Hodges, LLP
65 North Raymond Avenue, Suite 320
Pasadena, CA 91103

Wilson Security Systems
9018 Balboa Blvd. #601
Northridge, CA 91325