KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
700 S. FLOWER ST., SUITE 1950
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

# NOTICE OF RESCHEDULED HEARING

IN RE:

  Karen Virginia McClain

DEBTOR(S)

CHAPTER 13

CASE NO.: LA14-29489-NB

**NOTICE OF RESCHEDULED TIME FOR CONFIRMATION HEARING**

DATE:      February 5, 2015
TIME       9:00 am
PLACE:    Roybal Building
             Courtroom 1545 15th Floor
             255 East Temple Street
             Los Angeles, CA 90012

**PLEASE TAKE NOTICE THAT the previously scheduled CONFIRMATION HEARING will now**

**occur at the time and place listed above.**

Dated:  __11/26/14__

_____

**Kathy A. Dockery
Chapter 13 Trustee**