David A. Tilem (SBN 103825)
Sylvia S. Lew (SBN 247139)
LAW OFFICES OF DAVID A. TILEM
206 North Jackson Street, Suite 201
Glendale, California 91206
Telephone:(818) 507-6000
Facsimile:(818) 507-6800
SylviaLew@TilemLaw.com

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br><br><br><br>KAREN VIRGINIA MCCLAIN,<br><br><br><br><br><br>                        Debtor. | ) Case 2:14-bk-29489 NB<br>)<br>) Chapter 13<br>)<br>) **DEBTOR'S OBJECTION TO MOTION FOR**<br>) **RELIEF FROM THE AUTOMATIC STAY**<br>) **UNDER 11 U.S.C. §362**<br>)<br>)<br>) Date: December 16, 2014<br>) Time: 10:00 am<br>) Ctrm: 1545<br>)<br>) |

**TO THE HONORABLE NEIL BASON, UNITED STATES BANKRUPTCY JUDGE,**

**AND ALL OTHER PARTIES IN INTEREST:**

Karen Virginia McClain ("Debtor"), by and through her counsel

the Law Offices of David A. Tilem (the "Firm"), opposes the relief

from stay motion (the "Opposition") filed by creditor Infiniti

Financial Services ("Infiniti") as follows:

1.   Infiniti states in its motion for relief from stay (the

"Motion") that Debtor's Chapter 13 Plan (the "Plan") does not

provide for Infiniti.

2.   This was an oversight.

3.    The Firm is working with Debtor to propose an amended Plan which will include the arrears owed to Infiniti.

4.    Debtor anticipates filing such an amended plan by the end of 2014.

5.    A confirmation hearing has been scheduled for December 18, 2014. However, this confirmation hearing is expected to be continued in order for Debtor to address other issues raised by the Chapter 13 Trustee.

6.    The Firm has spoken to counsel for Infiniti.

7.    The Firm believes an adequate protection agreement ("APO") is appropriate and can be worked out.

8.    Debtor requests the Court continue the hearing on this motion to allow Debtor and Infiniti to discuss more fully the details of an APO.

Dated: December 2, 2014                    LAW OFFICES OF DAVID A. TILEM


By _____
   Sylvia S. Lew,
   Attorney for Debtor

## Declaration of Sylvia S. Lew

I, Sylvia S. Lew, hereby declare and state as follows:

1.    I have personal knowledge of the facts set forth below and if called upon to testify could and would testify thereto in a court of law.

2.    I am an associate attorney with the Law Offices of David A. Tilem (the "Firm"), counsel for Karen Virginia McClain ("Debtor").

3.    During discussions with Ms. McClain regarding her debts, she did not mention that she was behind on her vehicle payments to Infiniti Financial Services ("Infiniti").

4.    The Firm is preparing an amended Chapter 13 Plan which will include the arrears owed to Infiniti.

5.    An amended plan will likely be filed by the end of 2014.

6.    A confirmation hearing has been scheduled for December 18, 2014. However, this confirmation hearing is expected to be continued in order for Debtor to address other issues raised by the Chapter 13 Trustee.

7.    I spoke to Michael Vanlochem, counsel for Infiniti, on December 1, 2014.

8.    Mr. Vanlochem indicated that Infiniti may be open to an adequate protection agreement.

///
///
///
///
///
///

01668.02\20141202-Opp2MTD_Infiniti.wpd                    3

9.   Additional time is needed to discuss the details of such an agreement.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that this Declaration was executed in Glendale, California on December 2, 2014.

Sylvia Lew

_____
Sylvia Lew

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
206 N. Jackson Street, Suite 201, Glendale, CA 91206

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §362** Debtor(s). will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __12/2/2014__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **<u>CHAPTER 13 TRUSTEE</u>:** Kathy A Dockery (TR)   efiling@CH13LA.com
- **INTERESTED PARTY:** Denice Gaucin   denice@evict123.com
- **ATTORNEY FOR DEBTOR:** David A Tilem   davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;malissamurguia@tilemlaw.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com
- **<u>U.S. TRUSTEE</u>:** United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
- **<u>INTERESTED PARTY</u>:** Michael D Vanlochem   janguiano@vandc.net

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>:**
On (*date*) 12/2/2014 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Neil Bason: United States Bankruptcy Court, 255 E. Temple Street, Suite 1552, Los Angeles, CA 90012

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/2/2014 | Joan Fidelson | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.