**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**700 S. FLOWER ST., SUITE 1950**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

# NOTICE OF RESCHEDULED HEARING

**IN RE:**

   **Karen Virginia McClain**

              **DEBTOR(S)**

CHAPTER 13

CASE NO.: LA14-29489-NB

**NOTICE OF RESCHEDULED CONFIRMATION HEARING**

DATE:     February 5, 2015
TIME       9:30 am
PLACE:    Roybal Building
           Courtroom 1545 15th Floor
           255 East Temple Street
           Los Angeles, CA 90012

**PLEASE TAKE NOTICE THAT the previously scheduled CONFIRMATION HEARING will now**

**occur at the time and place listed above.**

**Dated:  11/26/14**

_____
**Kathy A. Dockery**
**Chapter 13 Trustee**

| In re: **KAREN VIRGINIA MCCLAIN** | CHAPTER: 13 |
| | CASE NUMBER: **LA14-29489-NB** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

700 S. Flower Street, Suite 1950
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF RESCHEDULED CONFIRMATION HEARING**", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐    Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 11/26/14, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class , postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct .

| 11/26/14 | Perlita Gozun | *Perlita Gozun* |
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 9013-3.1**

| In re **KAREN VIRGINIA MCCLAIN** | CHAPTER:  13 |
|---|---|
| | CASE NUMBER:  **LA14-29489-NB** |

## Service List

4055 LOFT
4055 LYNWOOD AVE
LOS ANGELES, CA 90066

AMY LEINER
207 NECKROAD
MADISON, CT 06443

BANANA BLUE
RMS
305 FELLOWSHIP RD #100
PO BOX 5471
MT LAUREL, NJ 08054

Beach Cities Emergency
PO BOX 10550
Westminster, CA 92685

CALIFCO, LLC
C/O Aaron D. Aftergood
319 S. Robertson Boulevard
Beverly Hills, CA 90211

CHEETAH MOVERS
1245 WEST 135TH STREET
GARDENA, CA 90247

Citibank
Processing Center
Des Moines, IA 50363

COLLECTION BUREAU OF AMERICA
25954 EDEN LANDING
FIRST FLOOR
HAYWARD, CA 94541

David A Tilem
Law Offices of David A Tilem
206 N Jackson St Ste 201
Glendale, CA 91206

DEPARTMENT OF WATER AND POWER
P.O. BOX 51111
LOS ANGELES, CA 90051-0100

ELEMENTE CLEMENTE
TERRACE INTERNATIONAL
P.O. BOX 1186
FORT LEE, NJ 07024

EVOLUTION
ROBINSON & ROBINSON
1612 BEVERLY BLVD
LOS ANGELES, CA 90026

EZ STORAGE
12901 CULVER BLVD
LOS ANGELES, CA 90066

GSM FASHIONS
JEFFREY S. ROZ
1755 UNIVERSITY DRIVE
PEMBROOK PINES, FL 33024

Home Depot Credit Services
P.O. Box 183175
Columbus, OH 43218-3175

INFINITI FINANCIAL SERVICES
P O BOX 660366
DALLAS, TX 75266

INTERNAL REVENUE SERVICE
PO BOX 7317
PHILADELPHIA, PA 19101-7317

Karen Virginia McClain
8950 W. Olympic Blvd #193
Beverly Hills, CA 90211

Kathy A Dockery (TR)
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

LAW OFFICES OF DAVID A. TILEM
206 N JACKSON ST
SUITE 201
GLENDALE, CA 91206

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012

MILANO IMPORTS, INCORPORATED
110 EAST 9TH STREET #B385
LOS ANGELES,, CA 90079

SMYYTH COLLECTIONS, LLC
DE SENTINO INC.
51 CRAGWOOD RD STE 201
SOUTH PLAINFIELD, NJ 07080

THE MICHAEL COLLECTION
ATTN: MICHAEL DICKER
552 FASHION AVE RM 501
NEW YORK, NY 10018

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

VERIZON
PO BOX 66108
DALLAS, TX 75266

WARREN O HODGES, JR
RITT, TAI, THVEDT & HODGES, LLP
65 NORTH RAYMOND AVENUE STE 320
PASADENA, CA 91103

WILSON SECURITY SYSTEMS
9018 BALBOA BLVD #601
NORTHRIDGE, CA 91325

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**