United States Bankruptcy Court
Central District of California

In re:                                                              Case No. 14-29489-NB
Karen Virginia McClain                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2            User: admin            Page 1 of 1            Date Rcvd: Jan 08, 2015
                               Form ID: van105        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2015.
db           +Karen Virginia McClain,    8950 W. Olympic Blvd, #193,    Beverly Hillls, CA 90211-3565

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2015 at the address(es) listed below:
        David A Tilem    on behalf of Debtor Karen Virginia McClain davidtilem@tilemlaw.com,
         DavidTilem@ecf.inforuptcy.com;malissamurguia@tilemlaw.com;joanfidelson@tilemlaw.com;JoanFidelson@
         ecf.inforuptcy.com
        Denice Gaucin    on behalf of Creditor   Califco LLC, A Calif. LTD. Liability Co.
         denice@evict123.com
        Kathy A Dockery (TR)    efiling@CH13LA.com
        Michael D Vanlochem    on behalf of Creditor   INFINITI FINANCIAL SERVICES janguiano@vandc.net
        Sylvia Lew    on behalf of Debtor Karen Virginia McClain Sylvialew@tilemlaw.com,
         malissamurguia@tilemlaw.com;joanfidelson@tilemlaw.com;SylviaLew@ecf.inforuptcy.com;JoanFidelson@e
         cf.inforuptcy.com
        United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                          TOTAL: 6

FormCACB 105 (AO:finmgtnotice)
(10/05 Rev. 12/13)

**WARNING: YOU WILL NOT RECEIVE A DISCHARGE UNLESS YOU TAKE THE REQUIRED PERSONAL FINANCIAL MANAGEMENT COURSE AFTER YOU FILE BANKRUPTCY <u>AND</u> YOUR COURSE PROVIDER FILE THE DEBTOR'S CERTIFICATION OF COMPLETION OF THE COURSE OR YOU FILE OFFICIAL FORM 23 CERTIFYING THAT YOU COMPLETED THIS COURSE.**

**ADVERTENCIA: NO RECIBIRÁ UNA DESCARGA DE BANCARROTA A MENOS QUE TOME EL CURSO REQUERIDO DE ADMINISTRACIÓN DE FINANZAS PERSONALES <u>DESPUES</u> DE PRESENTAR SU BANCARROTA <u>Y</u> SU PROVEEDOR ARCHIVE LA CERTIFICACIÓN DE FINALIZACIÓN DE CURSO O USTED PRESENTE EL FORMULARIO OFICIAL 23 CERTIFICANDO QUE HA CUMPLIDO CON ESTE CURSO.**

## United States Bankruptcy Court
## Central District Of California

**255 East Temple Street, Los Angeles, CA 90012**

## NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT
### (Official Form 23)

| | |
|---|---|
| **DEBTOR(S) INFORMATION:**<br>Karen Virginia McClain<br>**SSN:** xxx–xx–4711<br>**EIN:** N/A | **BANKRUPTCY NO.**<br>2:14–bk–29489–NB<br>**CHAPTER** 13 |
| 8950 W. Olympic Blvd, #193<br>Beverly Hillls, CA 90211 | |

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 13 (11 U.S.C. § 1328(g)). Pursuant to Rule 1007(b)(7) of the Rules of Bankruptcy Procedure, the debtor(s) must complete and file the Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23)* as described in 11 U.S.C. § 111 unless the course provider has already notified the court of the debtor's completion of the course. To view a list of approved providers of Personal Financial Management Instructional Course, go to **http://www.justice.gov/ust/eo/bapcpa/ccde/cc_approved.htm**.

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that Official Form 23 must be filed by debtor(s) before a discharge can be entered unless the course provider has already notified the court of the debtor's completion of the course. Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must file Official Form 23 no later than the last payment made by the debtor as required by the plan, or the filing of a motion for entry of discharge under 11 U.S.C. § 1328(b) unless the course provider has already notified the court of the debtor's completion of the course. Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 23, the debtor(s) must pay the full reopening fee due for filing the motion.

This is **not** the same form as the Certificate of Credit Counseling that you may have filed at the beginning of your case. This is a **different** form. A copy of the Official Form 23 is included with this notice. Additional copies of the Official Form 23 can be obtained at www.cacb.uscourts.gov.

BY THE COURT,

Dated: January 8, 2015                                    **Kathleen J. Campbell**
                                                         Clerk of Court

*NOTE: Official Form 23 (Debtor's Certification of Completion of PostPetition Instructional Course Concerning Personal Financial Management) must be filed by every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case. If a joint petition is filed, each spouse must complete and file a separate certification. See Fed.R.Bank.P.1007(b).

## THE OFFICIAL FORM 23 IS ATTACHED

(Form rev. 12/13 – definmgt) VAN–105                                    **28 / AUT**

**THIS PAGE IS LEFT BLANK INTENTIONALLY**

Form B23 (Official Form 23) – (12/13)                                          2013 USBC, Central District of California

| United States Bankruptcy Court<br>Central District Of California | |
|---|---|
| In re:<br>Karen Virginia McClain | CHAPTER NO.:  13 |
| Debtor(s). | CASE NO.:  2:14–bk–29489–NB |

## DEBTOR'S CERTIFICATION OF COMPLETION
## OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING
## PERSONAL FINANCIAL MANAGEMENT

*This form should not be filed if an approved provider of a postpetition instructional course concerning personal financial management has already notified the court of the debtor's completion of the course. Otherwise, every individual debtor in a chapter 7 or a chapter 13 case or in a chapter 11 in which § 1141(d)(3) applies must file this certification. If a joint petition is filed and this certification is required, each spouse must complete and file a separate certification.   Complete one of the following statements and file by the deadline stated below:*

☐   I,_____, the debtor in the above–styled case, hereby certify that on
         *(Print Name of Debtor)*

_____. I completed an instructional course in personal financial management provided by
         *(Date)*

_____, an approved personal financial management provider.
         *(Name of Provider)*

         Certificate No. (if any): _____.

☐   I,_____, the debtor in the above–styled case, hereby certify that no
         *(Printed Name of Debtor)*

personal financial management course is required because of *[Check the appropriate box.]:*

         ☐         Incapacity or disablility, as defined in 11 U.S.C. § 109(h);

         ☐         Active military duty in a military combat zone; or

         ☐         Residence in a district in which the United States trustee *(or bankruptcy administrator)*
                   has determined that the approved instructional courses are not adequate at this time to
                   serve the additional individuals who would otherwise be required to complete such
                   courses.

Date _____          Signature of Debtor: _____

_____

*Instructions:* Use this form only to certify whether you completed a course in personal financial management and only if your course provider has not already notified the court of your completion of the course. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 60 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)