**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**700 S. FLOWER ST., SUITE 1950**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

# NOTICE OF CONTINUED CONFIRMATION HEARING

IN RE:

  **Karen Virginia McClain**

DEBTOR(S)

CHAPTER 13

CASE NO.: LA14-29489-NB

NOTICE OF CONTINUED CONFIRMATION HEARING

DATE:      4/16/15
TIME       9:30 am
PLACE:    Roybal Building
              Courtroom 1545 15th Floor
              255 East Temple Street
              Los Angeles, CA 90012

TO DEBTOR, DEBTOR'S ATTORNEY, AND INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that the confirmation hearing for the referenced case has been

continued.  The hearing will occur at the time and place listed above.

Dated:  2/6/15

_____
**Kathy A. Dockery,      Chapter 13 Trustee**