David A. Tilem (Bar No. 103825)
Sylvia S. Lew (Bar No. 247139)
LAW OFFICES OF DAVID A. TILEM
206 North Jackson Street, Suite 201
Glendale, California 91206
Tel:(818) 507-6000 * Fax:(818) 507-6800
DavidTilem@tilemlaw.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Case No. 2:14-29489-NB |
| | ) |
| | ) Chapter 13 |
| | ) |
| | ) **NOTICE OF APPLICATION AND** |
| KAREN VIRGINIA MCCLAIN, | ) **APPLICATION FOR FEES AND COSTS;** |
| | ) **DECLARATION OF SYLVIA S. LEW** |
| | ) |
| | ) |
| | ) [No hearing required] |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |
| ———————————————————— | ) |

**TO THE HONORABLE NEIL BASON, UNITED STATES BANKRUPTCY JUDGE; AND**

**KATHY DOCKERY, CHAPTER 13 TRUSTEE:**

Movant the Law Offices of David A. Tilem (the "Firm"), counsel

to debtor Karen McClain ("Debtor"), hereby files an application for

attorneys' fees and costs in the amount of $8,587.19 to be paid

through Debtor's Chapter 13 Plan.

Movant is requesting that the court grant the motion without

hearing, as provided for in LBR 9013-1(o).

///

The motion is based upon the legal and factual grounds set forth and briefly described in the attached Description of Relief Sought.

        **X**     The full motion is attached hereto; or

        ☐     The full motion has been filed with the court, and a detailed description of the relief sought is attached hereto.

**DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING**: Pursuant to LBR 9013-1(o), any party objecting to the motion may request a hearing on the motion. The deadline for filing and serving a written opposition and request for a hearing is 14 days after the date of service of this notice, plus an additional 3 days unless the notice of motion was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). If you fail to comply with this deadline, the court may treat such failure as waiver of your right to oppose the motion and may grant the motion without further hearing and notice.

Dated: April 7, 2015           LAW OFFICES OF DAVID A. TILEM

By: _Sylvia Lew_
Sylvia S. Lew, Attorney for Debtor

## APPLICATION FOR FEES AND COSTS

### I.

### INTRODUCTION

The Law Offices of David A. Tilem (the "Firm"), representing Debtor, Karen McClain ("Debtor"), hereby requests that an order be entered granting an application for fees and costs to be paid through the Debtor's Chapter 13 plan. In support of this request, the Firm represents as follows:

### II.

### STATEMENT OF FACTS

1.    On October 15, 2014 (the "Petition Date"), Debtor filed a Voluntary Petition pursuant to Chapter 13 of Title 11 of the United States Code.

2.    Debtor originally intended to cure her business lease arrears and operate her retail clothing business without have to relocate during her Chapter 13 case.

3.    As Debtor's negotiations with her landlord continued and as Debtor's medical problems became more serious and time consuming than originally anticipated, Debtor realized that she would have to find a new retail location.

4.    Debtor and the Firm filed a "Rights and Responsibility Agreement" (the "RARA") on October 31, 2014 (Docket #11).  A notice of withdrawal of the RARA is being filed along with this application.

5.    A meeting of creditors was set for November 21, 2014.

6.    A confirmation hearing was set for December 18, 2014.

7.    On November 10, 2014, secured creditor Infiniti Financial Services ("IFS") filed a motion for relief from the automatic stay

regarding Debtor's 2010 Infiniti QX56. A hearing was set for December 16, 2014.

8. On November 20, 2014, the Firm assisted Debtor with filing amended schedules.

9. On November 25, 2014, creditor Califco, LLC ("Califco"), Debtor's landlord, filed a motion for relief from the automatic stay regarding Debtor's business lease. A hearing was set for December 16, 2014.

10. On December 2, 2014, Debtor filed objections to both IFS and Califco's motions for relief from stay.

11. On December 4, 2014, the Trustee filed a notice of re-scheduled confirmation hearing to February 5, 2015.

12. On December 11, 2014, the Trustee filed an objection to the Chapter 13 plan.

13. Having successfully negotiated adequate protection terms, Debtor and Infiniti submitted, and the Court granted on December 15, 2014, an order approving the adequate protection agreement between Debtor and Infiniti.

14. The hearing on Califco's motion for relief from stay was held on December 16, 2014 and continued to January 6, 2015 for the parties to see if a settlement could be worked out.

15. Following a hearing on January 6, 2015, the Court on January 7, 2014 entered an order granting Califco's motion for relief from stay regarding the lease on Debtor's business.

16. On or around February 15, 2015, Debtor vacated her retail space leased from Califco.

17. On February 6, 2015, the Trustee filed a notice of continued confirmation hearing to April 16, 2015.

# III.

## **THE FIRM PROFESSIONALS**

18.   DAVID A. TILEM:

Professional Education and Experience: David Tilem is the founder of the Law Offices of David A. Tilem. Mr. Tilem received his law degree from Loyola Law School in 1981 and received a Bachelor's Degree in Political Science from Brown University in 1978. He is admitted to practice law in California and Massachusetts. Mr. Tilem has dedicated his practice to the area of bankruptcy and insolvency law. Before starting the firm, Mr. Tilem was a member of Tilem & White LLP. From 1989 to October, 1991 he was a partner in Tilem, Buxbam & Askenaizer.

Mr. Tilem has appeared and argued before the Ninth Circuit Court of Appeals and the Ninth Circuit Appellate Panel as well as Bankruptcy Courts throughout the State of California. Mr. Tilem is certified as a Personal and Small Business Bankruptcy Specialist since 2007 by the California Board of Legal Specialization of the State Bar of California. He served as Chair on the Advisory Commission which prepares, conducts and grades testing for specialty certification exams from August, 2006 until July, 2007.

Mr. Tilem was also certified in 1994 as a Business Bankruptcy Specialist by the American Board of Certification. He was a member of the Bankruptcy Mediation Panel of the United States Bankruptcy Court for the Central District of California for more than ten years. Mr. Tilem's resume is attached to the declaration of Sylvia Lew as "Exhibit A".

/ / /

/ / /

19.   <u>Sylvia S. Lew:</u>

Professional Education and Experience: Sylvia Lew is an associate attorney at the bankruptcy Law Offices of David A. Tilem in Glendale, California. Mrs. Lew supervises junior attorneys handling consumer and reorganization cases, and she handles the more complex cases. Mrs. Lew has experience working with judges and trustees of the bankruptcy court in the Los Angeles, Riverside, San Fernando, and Santa Ana Divisions. Mrs. Lew was admitted to the California State Bar in December 2006 and the U.S. District Court, Central District of California in August 2007.

Mrs. Lew earned a Juris Doctorate from Southwestern University School of Law in Los Angeles and a Bachelor's Degree from the University of California at Berkeley. Mrs. Lew is a member of the Central District Consumer Bankruptcy Attorneys Association, San Gabriel Valley Bar Association, and the National Association of Consumer Bankruptcy Attorneys. Mrs. Lew served as a law clerk with the Honorable Socrates Manoukian, Superior Court of California in Santa Clara, California. Mrs. Lew's resume is attached to the declaration of Sylvia Lew as "Exhibit A".

## IV.

### **RETAINERS AND FEES PAID**

20.   Pursuant to a written agreement between the Firm and the Debtor, Debtor has agreed to pay the Firm for services on an hourly basis. A true and correct copy of the retainer agreement, redacted for privilege issues, is attached to the declaration of Sylvia Lew as "Exhibit B".

21.   The Firm has received $4,330 from the Debtor.

/ / /

22.    The Retainer Agreement further provides that any balance exceeding the retainer will be paid from Debtor's Chapter 13 Plan and may require an increase in the payments or an extension of the repayment period of Debtor's plan.

## V.

## SUMMARY OF REQUEST

23.    The Firm has, to date, rendered legal services on Debtor's behalf resulting in fees of $7,505 and costs of $472.19 for a total of $7,977.19. A true and correct copy of the Firm's itemized billing statements is attached as "Exhibit C" to the declaration of Sylvia Lew.

24.    The total requested for all Matters is summarized as follows:

| Matters | Services | Costs | Total |
|---|---|---|---|
| A - Case Administration | $3,745.00 | $424.31 | $4,169.31 |
| L - Stay Litigation | $3,760.00 | $47.88 | $3,807.88 |
| TOTAL: | $7,505.00 | $472.19 | $7,977.19 |

25.    As required by the Local Rules and the Office of the United States Trustee, the Firm bills in tenth hour increments by date, billing professional and description. Costs are separately itemized.

26.    The Firm anticipates that it will incur additional fees and costs totaling $610 to prepare, notice and present this application. These fees and costs do not include preparing, noticing and attending a hearing on this application.

27.    The estimated fees in preparation of this fee application so far are attributable to the following professionals and para-professionals:

| Name | Hourly Rate | Total Hours | Billed |
|------|-------------|-------------|--------|
| Sylvia Lew | $400 | 1.1 | $440.00 |
| Malissa L. Murguia | $100 | 1.3 | $130.00 |
| *TOTAL:* | | 2.4  Hours | $570.00 |

These fees do not include attending a possible hearing on the fee application.

28.  The estimated costs of this application are distributed by type of cost as follows:

| Type of Expense | Balance |
|-----------------|---------|
| Copies | $25.00 |
| Postage | $15.00 |
| *TOTAL:* | $40.00 |

These costs do not include costs associated with setting and attending a possible hearing on the fee application.

29.  Thus the total fees and costs requested by the Firm associated solely with this application is estimated at $610. A true and correct copy of the billing thus far related to this fee application is attached to the declaration of Sylvia Lew as "Exhibit D".

## VI.

## ARGUMENT

A.  THE RIGHTS AND RESPONSIBILITIES AGREEMENT SHOULD NOT LIMIT ATTORNEY COMPENSATION

30.  Although in some cases the RARA's $4,000 cap is sufficient to compensate an attorney for the time they spend on a case, such was not the case in guiding Debtors to confirmation.

/ / /

31.   The Firm respectfully argues that capping hourly rates is problematic. It suggest that all debtor's counsel should be treated the same, that their level of knowledge, skill, and expertise should be ignored.

32.   Most importantly, a cap on hourly rates runs contrary to Section 330(a)(3)(E) which directs the Court to consider an attorney's expertise when evaluating applications for professional compensation.

33.   Rather than capping fees and handicapping debtors with attorneys willing to work for the lowest acceptable fee, the Court should reward attorneys who upgrade and hone their skills, who take more than the minimum necessary continuing education courses because they want to do a better job for their clients, who take the time to become certified bankruptcy specialists.

B.   LOCAL BANKRUPTCY RULE 3015-1(v) ALLOWS COMPENSATION IN EXCESS OF THE RIGHTS AND RESPONSIBILITIES AGREEMENT

34.   Chapter 13 proceedings in the Central District of California are governed by Local Rule 3015-1. Local Rule 3015-1(v)(5) permits counsel to file a formal fee application where counsel believes that the "no look fee" is inadequate for the services performed and it provides as follows:

> (5) **An Attorney May Elect to be Paid Other than Pursuant to the RARA and the Guidelines**. At any time, whether or not a RARA is on file in any case, the debtor's attorney may elect to seek an allowance of fees and costs other than pursuant to the RARA and the Guidelines. In that event, the attorney shall file and serve an application for fees in accordance with 11 U.S.C. §§330 and 331, Rules 2016 and 2002 of the F.R.B.P, and Local Bankruptcy Rules 2016-1 and 3015-1, and well as the "Guide to Applications for Professional Compensation" issued by the United States Trustee for Central District of California.

/ / /

35.  In this case, the Firm has clearly elected to be paid other than pursuant to the RARA.

36.  As explained by numerous Judges, Chapter 13 Trustees, and Trustee counsel and experienced Chapter 13 practitioners at ongoing continuing education programs, the fee application provisions of the RARA are designed not to limit professional compensation, but permit attorneys to be paid up to a fixed amount without having to burden themselves, the Chapter 13 Trustees and the Court with the time and expense incident to filing a formal application for compensation under Bankruptcy Code Sections 330 or 331.

37.  While no Court is ever bound by opinions expressed at professional conferences, this explanation is entirely consistent with the plain language of LBR 3015-1(v) which contains nothing to suggest that the RARA is designed to cap or limit professional compensation.

38.  Local Rule 3015-1(v)(5) permits counsel to file a formal fee application where counsel believes that the "no look fee" is inadequate for the services performed.

39.  This motion is made in compliance with LBR 2016-1 which the Firm has reviewed prior to filing this fee application.

WHEREFORE, the Firm seeks an Order as follows:

1.  Approving fees of fees of $7,505 and costs of $472.19 for a total of $7,977.19.

2.  Approving up to $610 in additional fees and costs to prepare, notice and present this application.

/ / /

/ / /

/ / /

3.    Allowing the sum of $8,587.19 to the Firm as compensation for extraordinary services and the chapter 13 trustee is directed to pay the unpaid balance of $4,257.19 from the estate of the Debtor.

Dated: April 7, 2015                          LAW OFFICES OF DAVID A. TILEM

By: _Sylvia Lew_____
Sylvia Lew, Attorney for
Debtor

PIP:\Active Clients\02800-02899\02823-McClain\B\Fee App\20150316-FeeApp.wpd          11

## <u>DECLARATION OF SYLVIA S. LEW</u>

I, Sylvia S. Lew, hereby declare and state as follows:

1.    I am an attorney licensed to practice and practicing before this Court. If called upon to do so, I could and would competently testify to the matters set forth below.

2.    I am an attorney at the Law Offices of David A. Tilem (the "Firm").  The Firm is counsel of record to Karen McClain ("Debtor").

3.    This declaration is based on my personal knowledge and on the accounting records maintained by the Firm.

4.    The books and records consist of data entries made by professionals, para-professionals and administrative on a contemporaneous basis in the normal course of their duties.

5.    A Voluntary Petition was filed pursuant to Chapter 13 of Title 11 of the United States Code on October 15, 2014.

6.    The knowledge and experience of the legal counsel who worked on Debtor's case is summarized in the resumes of Mr. Tilem and Mrs. Lew. See previously referenced "Exhibit A".

7.    Pursuant to a written agreement between the Firm and Debtor, Debtor has agreed to pay the Firm for services on an hourly basis. A true and correct copy of the retainer agreement, redacted for privilege issues, is attached as "Exhibit B".

8.    The Firm has received $4,330 from the Debtor toward attorney's fees and costs.

9.    Since the Petition Date, Debtor has requested the Firm provide services as follows: fees of fees of $7,505 and costs of $472.19 for a total of $7,977.19. A true and correct copy of the

Firm's itemized billing statement is attached as "Exhibit C".

10.    The Firm anticipates that it will incur additional fees and costs totaling $610 to prepare, notice and present this application.

11.    Thus the total fees and costs requested for approval by the Firm in this application is $610.

12.    A true and correct copy of the billing thus far related to this fee application is attached hereto as "Exhibit D".

I declare under the penalty of perjury of the law of the United States that the foregoing is true and correct and that this declaration was signed on April 7, 2015 at Glendale, California.

Sylvia S. Lew

"EXHIBIT A"

014

**DAVID A. TILEM** is the founder of the firm.  Mr. Tilem received his law degree from Loyola Law School in 1981 and his Bachelor's Degree in Political Science from Brown University in 1978. He is admitted to practice law in California and Massachusetts.

Mr. Tilem has dedicated his practice to the area of bankruptcy and insolvency law.  Before starting the firm, he was a Member of Tilem & White LLP.  From 1989 until October, 1991 he was a partner in Tilem, Buxbaum & Askenaizer.  Mr. Tilem has appeared and argued before the Ninth Circuit Court of Appeals and the Ninth Circuit Bankruptcy Appellate Panel as well as Bankruptcy Courts throughout the State of California.

Mr. Tilem has been certified as a Personal and Small Business Bankruptcy Specialist since 2007 by the California Board of Legal Specialization of the State Bar of California.  He served on it's Advisory Commission which prepares, conducts and grades testing for specialty certification as Chair from August, 2006 until July, 2007.  Mr. Tilem was also certified in 1994 as a Business Bankruptcy Specialist by the American Board of Certification.  He was a member of the Bankruptcy Mediation Panel of the United States Bankruptcy Court for the Central District of California for more than ten years.

Mr. Tilem regularly speaks before groups of family law attorneys and accountants on bankruptcy law.  Recently he authored, and until early 2006, prepared annual updates for, Chapter 16 entitled "Family Law Issues" for CEB's  book on bankruptcy law.  In 2002, he prepared the bankruptcy law article for the Los Angeles County Bar Association Family Law Reference Book.  From 1990-1993, Mr. Tilem authored "Case Notes From the Bankruptcy Court", a regular feature of the Los Angeles County Bar Association sponsored Family Law News and Review.  He also authored "Big Three Versus Mercon (The Indirect Preference Revisited)", published at 17 California Bankruptcy Journal 107 (1989).  Mr. Tilem has provided expert testimony on many occasions on bankruptcy law and particularly regarding its impact on family law.

Mr. Tilem has been a member of numerous bankruptcy law oriented professional organizations including the American Bankruptcy Institute, the National Association of Consumer Bankruptcy Attorneys (where he serves as its Local Chair for the Central District of California), the Los Angeles County Bar Association Section on Commercial Law and Bankruptcy Committee (currently its Program Chair), the Los Angeles Bankruptcy Forum (where he served on the Board of Directors for two years) and the Financial Lawyers Conference.  Over the years, Mr. Tilem has been actively involved with the process of formulating Local Rules for the Bankruptcy Court in the Central District of California.  Mr. Tilem established and chaired an interdisciplinary organization, sponsored by the Los Angeles County Bar Association to consider legal issues involving family law and bankruptcy.  In late 2003, Mr. Tilem founded the Central District Consumer Bankruptcy Attorneys Association ("CDCBAA") which is dedicated to advancing the interests of consumer debtors and their advocates in the Central District of California.  As an unaffiliated bar association, CDCBAA actively participates in Local Rules Committees, submits comments on judicial candidates and judicial officers seeking re-nomination, lobbies for changes in Chapter 7 and Chapter 13 procedures and otherwise bring the concerns of the consumer bar to the attention of the Court, its Clerk and the Office of the U.S. Trustee.   He served as its President in 2005, a year in which CDCBAA served a prominent role in educating the Los Angeles consumer bankruptcy bar about changes from the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005.

015

**SYLVIA S. LEW** is an associate attorney at the bankruptcy Law Offices of David A. Tilem in Glendale, California. Fluent in Mandarin (Chinese) and familiar with basic Japanese, Ms. Lew supervises junior attorneys handling consumer and reorganization cases, and she handles the more complex cases. Ms. Lew was admitted to the California State Bar in December 2006 and the U.S. District Court, Central District of California in August 2007.

Since joining the team, she has brought to the firm a new, intercultural and language diversity, a youthful outlook and additional expertise in consumer bankruptcy law, as well as petition preparation. Ms. Lew has experience working with judges and trustees of the bankruptcy court in both the Los Angeles and Riverside Divisions.

Prior to joining the firm, Ms. Lew served as an attorney at another boutique bankruptcy firm known for its high volume of bankruptcy cases. After passing the State Bar, she worked as a litigation associate. Ms. Lew also interned as a law clerk with the Honorable Socrates Manoukian, Superior Court of California in Santa Clara, CA.

Ms. Lew earned a Juris Doctorate from Southwestern University School of Law in Los Angeles and a Bachelor's Degree from University of California at Berkeley.

Ms. Lew is a member of the Central District Consumer Bankruptcy Attorneys Association, San Gabriel Valley Bar Association, Asian Pacific American Bar Association, Southern CA Chinese Lawyers Association and the National Association of Consumer Bankruptcy Attorneys.

**"EXHIBIT B"**

017



**LAW OFFICES OF**
**DAVID A. TILEM**
**A DEBT RELIEF AGENCY**

DAVID A. TILEM
SYLVIA S. LEW
MICHAEL AVANESIAN

KEVIN S. LACEY *
BARRY R. WEGMAN *
PATRICK M. HUNTER* †

\*   Of counsel
†   Admitted only in WY

206 North Jackson Street
Second Floor, Suite 201
Glendale, CA 91206
Tel: (818) 507-6000
Fax: (818) 507-6800
www.tilemlaw.com

IN REPLY REFER TO
FILE NO. MiscNr

October 7, 2014

Karen McClain
930 S. Robertson Blvd., #C
Los Angeles, CA 90035

Re:    Chapter 13 Representation

Dear Ms. McClain:

Thank you for contacting us about your financial problems.
After thinking about and discussing your options, including the
different types of bankruptcy under Chapter 7, Chapter 13 and
Chapter 11, you have decided to file a Chapter 13 personal
repayment case.

This letter is a contract between you and the Law Offices of
David A. Tilem ("Attorney"). It describes what we will do to
help you, and how you have agreed to pay us. The letter also
introduces you to some of the rules of Chapter 13 cases.

I.

BACKGROUND SUMMARY

We have met or spoken with you to get information about you
and your financial situation. It is very important that the
information be complete and as accurate as possible because our
legal advice will be based on it. To make sure that we really
understand your situation, we have summarized that information
here. Please call us if the summary has wrong information.

The Court may require us to show a copy of this letter. If

018



**LAW OFFICES OF**
**DAVID A. TILEM**
A DEBT RELIEF AGENCY

Karen McClain
October 7, 2014
Page 2

that happens, this section will be removed to protect your
attorney-client privilege.

20141007-RtrLtr.wpd

019



Karen McClain
October 7, 2014
Page 3

20141007-RtrLtr.wpd

020



Karen McClain
October 7, 2014
Page 4

021



**LAW OFFICES OF**
**DAVID A. TILEM**
**A DEBT RELIEF AGENCY**

Karen McClain
October 7, 2014
Page 5

## II.

### FEES, COSTS, BILLS AND RETAINERS

#### Legal Fees

We are charging you for our professional services on an hourly rate basis.  In other words, we charge you for the time we spend working on your case.  We take the amount of time, which we measure in tenths of an hour, and multiply that by the hourly rate assigned to the person who did the work.  Our bills show all of the details.  Here are the hourly rates:

| Attorneys | |
| --- | --- |
| David A. Tilem, Esq. | $500.00 |
| Sylvia S. Lew, Esq. | $400.00 |
| Michael Avanesian, Esq. | $325.00 |

| Of Counsel | |
| --- | --- |
| Barry R. Wegman, Esq. | $350.00 |
| Kevin S. Lacey, Esq. | $350.00 |

(† admitted only in Wyoming)

| Para-Professionals | |
| --- | --- |
| Malissa L. Murguia | $100.00 |
| Diana Chau | $100.00 |
| Joan J. Fidelson | $75.00 |

We have never raised our fees in mid-case but we reserve the right to do so after giving you a month of notice.  We also

20141007-RtrLtr.wpd

022



Karen McClain
October 7, 2014
Page 6

reserve the right to add new staff and assign rates so long as those rates are not more than the maximum shown above.

<u>Costs</u>

Costs are money we advance on your behalf in connection with your case. They include such things as copying, postage, mileage, parking, filing fees, messenger fees, recording fees and basically any out of pocket expenses needed for your case. We do not charge a "general overhead fee" because that is not specific to your case. All costs are shown on our monthly statements. We do not "mark up" these fees and simply pass them through at our cost. We do charge $.35/mile for car travel and $.20/copy for in house copying.

<u>Monthly Statements</u>

The statements have a lot of detail so they can be a little complicated to read. Please call the office if you have questions about them. We are human and we do sometimes make mistakes so please CHECK OUR STATEMENTS and call if you believe we have made a mistake.

It is important to know that money received after a billing cycle ends is shown on the next monthly statement.

Sometimes in complicated cases we will create separate bills for different parts of the case. The client number will always be the same. This helps you, helps us and helps the Court decide whether our fees and costs are fair and reasonable. This may also make our bills long and confusing. Again, please call the office if you have questions.

<u>Base Fee and Retainer</u>

You agree to pay a Base Fee of $4,000. This is the <u>minimum fee</u> which will be charged and, in most cases, it is enough to pay for the entire case. But since you are being charged by the hour, the fee could be higher if the case takes longer than normal.

The Base Fee is also the Retainer in this case. We must

20141007-RtrLtr.wpd

023


**LAW OFFICES OF**
**DAVID A. TILEM**
A DEBT RELIEF AGENCY

Karen McClain
October 7, 2014
Page 7

receive $4,000 plus the filing fee of $310 before the case is
filed.  Any balance will be paid from your plan payments and may
require an increase in those payments or an extension of the
repayment period for your plan. We understand that some clients
cannot pay the retainer amount in full immediately and must make
monthly installments before the case can be filed.   Once we
receive at least $500 towards the fee, we will tell creditors who
call us that you are a client (this is in addition to any initial
consultation fee).  Creditors then usually stop calling for a
period of time. If you have not made any payments towards the fee
for a period of 45 days, or if you do not returned our calls,
emails or other communication for a period of 15 days, we may
keep the $500 and the initial consultation fee and refund the
balance of the retainer.  This agreement will be at an end and we
will no longer be obligated to act as your attorneys.

Fee Estimates

     Almost everyone asks us to estimate the total fees and costs
for the case.  We have already done this by setting the Base Fee,
but this is merely based on averages and on what we know about
your case.  The fee could be larger than the Base Fee depending
on how the case goes, whether creditors file objections and many
other factors which are beyond our control.  Forecasting a fee is
a little like forecasting the stock market.  There are just too
many variables for even the experts to guess correctly.  Even
though we will not send you a bill for work done until we get to
the amount of the Base Fee, we do keep internal records and can
provide you with a progress report in response to a phone call.

Fee Disputes.

     Fee amounts in Chapter 13 cases are set by the Bankruptcy
Court so any disputes are resolved during the Chapter 13 case.
If the case is dismissed before that can be done, we agree to
meet with a mediator for no less than four (4) hours to see if we
can resolve the dispute.  Each of us will pay for one half of the
mediator's fees.  If that does not work then the dispute may have
to be resolved by another Court.

III.

20141007-RtrLtr.wpd

024


**LAW OFFICES OF**
**DAVID A. TILEM**
A DEBT RELIEF AGENCY

Karen McClain
October 7, 2014
Page 8

### ATTORNEY/CLIENT RESPONSIBILITIES

We can only do our job if you do yours.  You must provide us with telephone numbers, e-mail addresses, a mailing address and other contact information and keep that information current.  You must be available to talk with us on a regular basis.  If you plan to be out of touch, you must let us know in advance.  If we ask you for some information or copies of documents, you must provide us with the information or the documents within a reasonable period of time.  If you do not have the information or documents, you need to let us know this as soon as possible.

This contract is limited to your bankruptcy case.  It does not include any other legal matters or representing anyone else.  It also does not include any other type of legal advice.  While we do represent people in appeals, this contract does not include that work.

### IV.

### MISCELLANEOUS ITEMS

Start and End Dates.

We start to work as your attorney when you have signed and returned this letter **AND** when you have paid something more than the initial consultation fee.

Our work ends when either of us wants it to end or when the work is done.  Sometimes we have to get permission from the Court to stop being your lawyer.  If you want us to stop working on your case, you must send us an e-mail, a fax or a letter which tells us to stop working.  You may do this at any time.  As soon as we receive your notice, we will take steps to ask the Court for permission to withdraw as your attorneys.

If we want to stop working for you as your attorneys, we will let you know as soon as possible to give you time to find another lawyer.  If you do not find another lawyer, we will ask the Court for permission to stop working for you.  The California Rules of Professional Conduct require us to take reasonable steps to maintain the status quo of your legal matter.

20141007-RtrLtr.wpd

025


LAW OFFICES OF
DAVID A. TILEM
A DEBT RELIEF AGENCY

Karen McClain
October 7, 2014
Page 9

If we have not done any work on your behalf for a period of one year, we agree that our work ended on the date of the last work done.

Malpractice Insurance. Pursuant to California Rule of Professional Conduct 3-410, this statement informs you in writing that we do not have professional liability insurance.

Guarantees and Estimates. The California Rules of Professional Conduct do not allow us to give you any guaranty about the outcome of your case. Please call the office if you want a status report on your case. Estimates are ESTIMATES. They are not caps, limits or guarantees. You can best control the fees and costs by carefully reviewing our monthly statements and by closely following the progress of your own case so that you know what is being done and why.

Your Legal File. We are going paperless so we will return to you any papers which relate to your case. If you want a copy of your file, we will give it to you on a disk. We recommend strongly that you keep the file for at least five (5) years.

20141007-RtrLtr.wpd

026



Karen McClain
October 7, 2014
Page 10

V.

CONCLUSION

After you have read the letter, please call us with any
questions you may have.  Once you have acceptable answers, please
sign the original and return it to the office.  The copy is for
you.  We look forward to working with you.

Very truly yours,

David A. Tilem

CLIENT STATEMENT

I have read this letter and I understand what it says.  The
background information is correct.  I understand that I may
consult with another attorney about this letter before I sign it.
I have received answers to every question I have asked and I wish
to hire the Law Offices of David A. Tilem to represent me under
the terms and conditions discussed in this letter.

Date: Oct 14, 2014

By: _____
      Karen McClain

20141007-RtrLtr.wpd

027

"EXHIBIT C"

028

LAW OFFICES OF
DAVID A. TILEM
206 N.  JACKSON STREET, SUITE  201
GLENDALE, CA 91206
TELEPHONE: (818) 507-6000
FACSIMILE: (818) 507-6800

MARCH 2, 2015

KAREN MCCLAIN                                        OUR FILE:  02823.01-A
8950 W. OLYMPIC BOULEVARD, #193
BEVERLY HILLS, CA 90211

STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH FEBRUARY 28, 2015

RE:  CHAPTER 13 GENERAL CASE ADMINISTRATION

-----------------------------------------------------------------------

PREVIOUS BALANCE DUE                                    $       0.00

-----------------------------------------------------------------------

PROFESSIONAL SERVICES

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| 10/10/14 | SSL | TELEPHONE CALL FROM ATTORNEY HODGES REGARDING STATUS OF EVICTION AND CLIENT'S BUSINESS AND ABILITY TO CURE LEASE ARREARS. | 0.30 | 400 | 120.00 |
| 10/14/14 | SSL | PREPARE EMERGENCY FILING. | 0.40 | 400 | 160.00 |
| 10/14/14 | SSL | TELEPHONE CALL FROM CLIENT REGARDING INFORMATION NEEDED FOR EMERGENCY FILING. | 0.20 | 400 | 80.00 |
| 10/15/14 | SSL | CONFER WITH PARALEGAL FIDELSON REGARDING EMERGENCY FILING REQUIREMENTS. | 0.20 | 400 | 80.00 |
| 10/15/14 | JJF | PREPARE EMERGENCY PETITION & SCHEDULES. | 1.00 | 75 | 75.00 |
| 10/15/14 | JJF | E-MAIL TO CLIENT REGARDING MISSING INFORMATION. | 0.50 | 75 | 37.50 |
| 10/16/14 | SSL | TELEPHONE CALL FROM CLIENT REGARDING ADDITIONAL INFORMATION NEEDED FOR CASE DEFICIENCIES. | 0.20 | 400 | 80.00 |
| 10/21/14 | SSL | TELEPHONE CALL FROM ACCOUNTANT BO KENNELLY REGARDING FINANCIAL | 0.10 | 400 | 40.00 |

PAGE TWO
MARCH 2, 2015
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH FEBRUARY 28, 2015
KAREN MCCLAIN
OUR FILE:  02823.01-A

--------------------------------------------------------------------

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| | | RECORDS NEEDED AND DEADLINES. | | | |
| 10/22/14 | SSL | TELEPHONE CALL FROM CLIENT REGARDING LEASE AND BUSINESS INCOME AND EXPENSES. | 0.20 | 400 | 80.00 |
| 10/23/14 | SSL | TELEPHONE CALL FROM ATTORNEY AFTERGOOD REGARDING LEASE. | 0.20 | 400 | 80.00 |
| 10/23/14 | JJF | PREPARE PETITION & SCHEDULES. | 0.50 | 75 | 37.50 |
| 10/23/14 | JJF | E-MAIL TO CLIENT REGARDING MISSING INFORMATION. | 0.10 | 75 | 7.50 |
| 10/24/14 | JJF | TELEPHONE CALL FROM CLIENT REGARDING MISSING INFORMATION. | 0.20 | 75 | 15.00 |
| 10/28/14 | SSL | TELEPHONE CALL FROM CLIENT REGARDING EXPENSES, ANTICIPATED PLAN PAYMENT, AND VALUE OF PERSONAL ASSETS. | 0.20 | 400 | 80.00 |
| 10/29/14 | DAT | CONFER WITH ATTORNEY LEW REGARDING LIQUIDATION VALUE OF CLIENT'S INVENTORY. | 0.10 | 500 | 50.00 |
| 10/29/14 | SSL | TELEPHONE CALL FROM ACCOUNTANT BO KENNELLY REGARDING PROFIT AND LOSS INFORMATION AND LIQUIDATION VALUE OF PERSONAL ASSETS. | 0.20 | 400 | 80.00 |
| 10/29/14 | SSL | REVIEW AND REVISE PETITION & SCHEDULES. | 0.60 | 400 | 240.00 |
| 10/29/14 | JJF | PREPARE DEFICIENCIES. | 2.00 | 75 | 150.00 |
| 10/29/14 | JJF | PREPARE AND FILE DEFICIENCIES. | 2.50 | 75 | 187.50 |
| 10/29/14 | JJF | TELEPHONE CALL FROM CLIENT REGARDING CREDITORS INFORMATION. | 0.50 | 75 | 37.50 |
| 10/31/14 | SSL | TELEPHONE CALL FROM CLIENT TO REVIEW DEFICIENCIES. | 1.00 | 400 | 400.00 |
| 10/31/14 | JJF | TELEPHONE CALL FROM CLIENT REGARDING MISSING INFORMATION. | 0.10 | 75 | 7.50 |
| 10/31/14 | JJF | PREPARE AMENDED SCHEDULES. | 0.50 | 75 | 37.50 |
| 11/03/14 | SSL | REVIEW SIGNATURE PAGES AND REVIEW AND FORWARD TO PARALEGAL FIDELSON REGARDING 12 MONTHS OF BUSINESS INCOME. | 0.10 | 400 | 40.00 |
| 11/17/14 | SSL | TELEPHONE CALL FROM CHAPTER 13 TRUSTEE REGARDING SCHEDULES. | 0.20 | 400 | 80.00 |
| 11/17/14 | JJF | E-MAIL TO CLIENT REGARDING AMENDED SCHEDULES. | 0.10 | 75 | 7.50 |
| 11/18/14 | JJF | PREPARE AMENDED SCHEDULES. | 0.50 | 75 | 37.50 |
| 11/19/14 | JJF | TELEPHONE CALL TO CLIENT, NOT AVAILABLE, LEFT MESSAGE | 0.10 | 75 | 7.50 |

PAGE THREE
MARCH 2, 2015
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH FEBRUARY 28, 2015
KAREN MCCLAIN
OUR FILE:  02823.01-A

---------------------------------------------------------------------

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| | | REGARDING MISSING INFORMATION. | | | |
| 11/19/14 | JJF | TELEPHONE CALL FROM CLIENT REGARDING FIRST MEETING OF CREDITORS AND MISSING INFORMATION. | 0.10 | 75 | 7.50 |
| 11/20/14 | JJF | TELEPHONE CALL TO CLIENT, NOT AVAILABLE, LEFT MESSAGE REGARDING DOCUMENTS NEEDED FOR FIRST MEETING OF CREDITORS. | 0.10 | 75 | 7.50 |
| 11/20/14 | SSL | TELEPHONE CALL FROM CLIENT REGARDING FIRST PLAN PAYMENT DUE DATE AND REQUESTING EXTENSION OF FIRST MEETING OF CREDITORS. | 0.20 | 400 | 80.00 |
| 11/20/14 | JJF | TELEPHONE CALL FROM CLIENT REGARDING CHANGES TO AMENDED SCHEDULES. | 0.50 | 75 | 37.50 |
| 11/20/14 | JJF | PREPARE AMENDED SCHEDULES. | 0.50 | 75 | 37.50 |
| 12/01/14 | SSL | E-MAIL TO ACCOUNTANT REGARDING STATUS OF 2011 AND 2012 TAX RETURNS. | 0.10 | 400 | 40.00 |
| 12/01/14 | SSL | TELEPHONE CALL FROM CLIENT REGARDING CONTINUED FIRST MEETING OF CREDITORS. | 0.20 | 400 | 80.00 |
| 01/29/15 | SSL | DETAILED E-MAIL TO CLIENT REGARDING UPCOMING CONFIRMATION HEARING AND OPTIONS. | 0.30 | 400 | 120.00 |
| 01/30/15 | SSL | TELEPHONE CALL FROM CLIENT REGARDING OPTIONS AND REQUESTING CONTINUANCE OF UPCOMING CONFIRMATION HEARING. | 0.20 | 400 | 80.00 |
| 01/30/15 | SSL | TELEPHONE CALL TO CHAPTER 13 TRUSTEE; NOT AVAILABLE, LEFT MESSAGE REGARDING REQUEST TO CONTINUE 2/5 CONFIRMATION HEARING. | 0.10 | 400 | 40.00 |
| 01/30/15 | SSL | E-MAIL TO CHAPTER 13 TRUSTEE REGARDING REQUEST TO CONTINUE CONFIRMATION HEARING ON 2/5. | 0.10 | 400 | 40.00 |
| 02/03/15 | SSL | TELEPHONE CALL FROM ATTORNEY KOYAMA REGARDING STATUS OF AMENDMENTS. | 0.20 | 400 | 80.00 |
| 02/03/15 | SSL | TELEPHONE CALL TO CLIENT REGARDING CONTINUED CONFIRMATION HEARING DATE IF PLAN PAYMENTS | 0.10 | 400 | 40.00 |

031

PAGE FOUR
MARCH 2, 2015
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH FEBRUARY 28, 2015
KAREN MCCLAIN
OUR FILE:  02823.01-A

---

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| | | ARE CURRENT. | | | |
| 02/05/15 | SSL | ATTEND CONFIRMATION HEARING AND REQUEST CONTINUANCE TO 4/16/15 AT 9:30. | 1.80 | 400 | 720.00 |

SUMMARY OF SERVICES

| | | | | | |
|-----|-------------------|---------------------|---|-----------|
| JJF | JOAN J. FIDELSON | 9.80 hr @ 75.00 | $ | 735.00 |
| SSL | SYLVIA S. LEW | 7.40 hr @ 400.00 | $ | 2960.00 |
| DAT | DAVID A. TILEM | 0.10 hr @ 500.00 | $ | 50.00 |

| TOTAL PROFESSIONAL SERVICES | 17.30 | $ 3,745.00 |
|---|---|---|

---

COSTS AND DISBURSEMENTS

| 10/09/14 | NSF | NSF CHECK BANK CHARGE. | 6.00 |
|----------|-----|------------------------|------|
| 10/15/14 | | CHAPTER 13 FILING FEE. | 310.00 |
| 10/31/14 | CP | COPIES OF FIRST MEETING OF CREDITORS WITH COPY OF CHAPTER 13 PLAN. | 18.80 |
| 10/31/14 | PG | POSTAGE FIRST MEETING OF CREDITORS WITH COPY OF CHAPTER 13 PLAN. | 9.75 |
| 11/20/14 | FF | FILING FEE FOR AMENDED SECURED AND UNSECURED CREDITOR SCHEDULES. | 30.00 |
| 11/21/14 | CP | COPIES OF AMENDED SECURED AND UNSECURED CREDITOR SCHEDULES. | 18.40 |
| 11/21/14 | PG | POSTAGE FOR AMENDED SECURED AND UNSECURED CREDITOR SCHEDULES. | 11.04 |
| 02/05/15 | MG | MILEAGE TO ATTEND CONFIRMATION HEARING. | 12.32 |
| 02/05/15 | PK | PARKING TO ATTEND CONFIRMATION HEARING. | 8.00 |

| TOTAL COSTS AND DISBURSEMENTS | $ 424.31 |
|---|---|

---

TOTAL NEW CHARGES                                    $  4,169.31

---

032

PAGE FIVE
MARCH 2, 2015
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH FEBRUARY 28, 2015
KAREN MCCLAIN
OUR FILE:  02823.01-A

------------------------------------------------------------------------

PAYMENTS AND CREDITS

10/09/14 KAREN MCCLAIN CASHIER'S CHECK NO. 85510201 DATED   4,330.00CR
         10/8/14. (CHECK # 85510201)
12/12/14 APPLY PART OF CREDIT BALANCE TO PAY CURRENT BALANCE  120.00DB
         DUE ON MATTER 01-L.
01/31/15 APPLY CREDIT BALANCE TO BALANCE DUE FOR MATTER 01-L. 941.01DB
                                                            ----------
         TOTAL PAYMENTS AND CREDITS              $  3,268.99CR

------------------------------------------------------------------------

SUMMARY OF ACCOUNT

BALANCE FORWARD                                  $       0.00
TOTAL NEW CHARGES                                    4,169.31
PAYMENTS AND CREDITS                                 3,268.99CR
                                                    ----------

         TOTAL BALANCE DUE *** PLEASE PAY THIS AMOUNT **  $    900.32

------------------------------------------------------------------------

033

```
                      LAW OFFICES OF
                       DAVID A. TILEM
           206 N.  JACKSON STREET, SUITE  201
                     GLENDALE, CA 91206
                 TELEPHONE: (818) 507-6000
                 FACSIMILE: (818) 507-6800


                      MARCH 2, 2015
```

KAREN MCCLAIN                                 OUR FILE:  02823.01-L
8950 W. OLYMPIC BOULEVARD, #193
BEVERLY HILLS, CA 90211




    STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH FEBRUARY 28, 2015

RE:  STAY LITIGATION

------------------------------------------------------------------------

PREVIOUS BALANCE DUE                              $      0.00

------------------------------------------------------------------------

PROFESSIONAL SERVICES

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| 11/11/14 | SSL | REVIEW MOTION FOR RELIEF FROM STAY FILED BY INFINITI. | 0.20 | 400 | 80.00 |
| 11/11/14 | SSL | E-MAIL TO CLIENT REGARDING MOTION FOR RELIEF FROM STAY AND OPTIONS REGARDING KEEPING VEHICLE. | 0.10 | 400 | 40.00 |
| 12/01/14 | SSL | E-MAIL TO CLIENT REGARDING PAYING PLAN PAYMENTS ONLINE AND TERMS TO PROPOSE TO LANDLORD. | 0.10 | 400 | 40.00 |
| 12/01/14 | SSL | TELEPHONE CALL TO ATTORNEY VANLOCHEM REGARDING MOTION FOR RELIEF FROM STAY AND POSSIBLE ADEQUATE PROTECTION ORDER. | 0.20 | 400 | 80.00 |
| 12/01/14 | SSL | REVIEW MOTION FOR RELIEF FROM STAY FILED BY LANDLORD. | 0.30 | 400 | 120.00 |
| 12/01/14 | SSL | TELEPHONE CALL TO CLIENT REGARDING MOTION FOR RELIEF FROM STAY FILED BY LANDLORD. | 0.20 | 400 | 80.00 |
| 12/01/14 | SSL | TELEPHONE CALL TO CLIENT REGARDING RENT PROPOSAL TO LANDLORD. | 0.20 | 400 | 80.00 |

034

PAGE TWO
MARCH 2, 2015
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH FEBRUARY 28, 2015
KAREN MCCLAIN
OUR FILE:  02823.01-L

---

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| 12/01/14 | SSL | TELEPHONE CALL TO ATTORNEY MANYA THOMASIAN REGARDING ADEQUATE PROTECTION ORDER. | 0.30 | 400 | 120.00 |
| 12/02/14 | SSL | DRAFT OPPOSITION TO INFINITI MOTION FOR RELIEF FROM STAY. | 1.00 | 400 | 400.00 |
| 12/02/14 | SSL | DRAFT OPPOSITION TO MOTION FOR RELIEF FROM STAY FILED BY CALIFCO. | 1.30 | 400 | 520.00 |
| 12/10/14 | SSL | REVIEW E-MAIL FROM ATTORNEY VANLOCHEM REGARDING INFINITI ADEQUATE PROTECTION ORDER; SEND E-MAIL TO CLIENT REGARDING SAME. | 0.20 | 400 | 80.00 |
| 12/11/14 | SSL | TELEPHONE CALL FROM CLIENT REGARDING ADEQUATE PROTECTION ORDER FROM INFINITI. | 0.20 | 400 | 80.00 |
| 12/15/14 | SSL | TELEPHONE CALL TO ATTORNEY VANLOCHEM REGARDING TERMS OF REVISED ADEQUATE PROTECTION ORDER. | 0.20 | 400 | 80.00 |
| 12/15/14 | SSL | REVIEW REVISED ADEQUATE PROTECTION ORDER. | 0.10 | 400 | 40.00 |
| 12/15/14 | SSL | E-MAIL TO ATTORNEY VANLOCHEM SIGNATURE PAGE OF REVISED ADEQUATE PROTECTION ORDER. | 0.10 | 400 | 40.00 |
| 12/15/14 | SSL | E-MAIL TO CLIENT DETAILS OF REVISED ADEQUATE PROTECTION ORDER. | 0.10 | 400 | 40.00 |
| 12/16/14 | SSL | ATTEND HEARING REGARDING MOTION FOR RELIEF FROM STAY FILED BY CALIFCO. | 1.60 | 400 | 640.00 |
| 01/05/15 | SSL | TELEPHONE CALL TO ATTORNEY HODGES REGARDING UNLAWFUL DETAINER TIMING; NOT AVAILABLE, LEFT MESSAGE.  NO CHARGE | 0.10 | | N/C |
| 01/05/15 | SSL | TELEPHONE CALL TO CLIENT REGARDING STATUS OF MOTION FOR RELIEF FROM STAY BY CALIFCO; NOT AVAILABLE, LEFT MESSAGE.  NO CHARGE | 0.10 | | N/C |
| 01/05/15 | SSL | TELEPHONE CALL TO ATTORNEY FOR LANDLORD WITH REQUEST TO REMAIN UNTIL END OF JANUARY. | 0.20 | 400 | 80.00 |
| 01/05/15 | SSL | E-MAIL TO CLIENT REGARDING CONVERSATION WITH ATTORNEY FOR | 0.10 | 400 | 40.00 |

PAGE THREE
MARCH 2, 2015
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH FEBRUARY 28, 2015
KAREN MCCLAIN
OUR FILE:  02823.01-L

---------------------------------------------------------------------

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| | | CALIFCO. | | | |
| 01/06/15 | SSL | ATTEND HEARING REGARDING MOTION FOR RELIEF FROM STAY BY CALIFCO. | 2.00 | 400 | 800.00 |
| 01/06/15 | SSL | CONTACT CLIENT REGARDING DELINQUENT STIPULATION PAYMENT OWED TO NISSAN. | 0.10 | 400 | 40.00 |
| 01/08/15 | SSL | TELEPHONE CALL TO NISSAN REGARDING ENFORCEMENT OF STIPULATION FOR MOTION FOR RELIEF FROM STAY. | 0.20 | 400 | 80.00 |
| 01/08/15 | SSL | E-MAIL TO CLIENT INSTRUCTIONS TO MAKE UP MISSED ADEQUATE PROTECTION ORDER PAYMENT TO NISSAN. | 0.10 | 400 | 40.00 |
| 01/26/15 | SSL | TELEPHONE CALL FROM CLIENT REGARDING THEFT AND REQUEST FOR ADDITIONAL TIME TO VACATE. | 0.10 | 400 | 40.00 |
| 01/26/15 | SSL | TELEPHONE CALL TO ATTORNEY AFTERGOOD REGARDING LOCKOUT DATE. | 0.10 | 400 | 40.00 |
| 01/26/15 | SSL | TELEPHONE CALL TO CLIENT REGARDING ANTICIPATED LOCKOUT DATE. | 0.10 | 400 | 40.00 |

SUMMARY OF SERVICES

SSL   SYLVIA S. LEW        9.40 hr @ 400.00$ 3760.00
SSL   SYLVIA S. LEW        0.20 hr @ 0.00        N/C

```
                                    -------    ----------
        TOTAL PROFESSIONAL SERVICES    9.40    $  3,760.00
```

---------------------------------------------------------------------

COSTS AND DISBURSEMENTS

| 12/02/14 | CP | COPIES OF OPPOSITION TO MOTION FOR RELIEF FROM STAY FILED BY INFINITI. | 1.40 |
|----------|----|-----|-----|
| 12/02/14 | CP | COPIES OF OPPOSITION TO MOTION FOR RELIEF FROM STAY FILED BY CALIFCO. | 4.00 |
| 12/02/14 | PG | POSTAGE FOR OPPOSITION TO MOTION FOR RELIEF FROM STAY FILED BY CALIFCO AND INFINITI. | 1.84 |
| 12/16/14 | MG | MILEAGE TO ATTEND MOTION FOR RELIEF FROM STAY HEARING REGARDING CALIFCO. | 12.32 |

PAGE FOUR
MARCH 2, 2015
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH FEBRUARY 28, 2015
KAREN MCCLAIN
OUR FILE:  02823.01-L

------------------------------------------------------------------------

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 12/16/14 | PK | PARKING TO ATTEND MOTION FOR RELIEF FROM STAY HEARING FILED BY CALIFCO. | 8.00 |
| 01/06/15 | PK | PARKING TO ATTEND HEARING REGARDING MOTION FOR RELIEF FROM STAY. | 8.00 |
| 01/06/15 | MG | MILEAGE TO ATTEND HEARING REGARDING MOTION FOR RELIEF FROM STAY. | 12.32 |

```
                                                        ----------
              TOTAL COSTS AND DISBURSEMENTS       $       47.88
```

------------------------------------------------------------------------

TOTAL NEW CHARGES                                   $   3,807.88

------------------------------------------------------------------------

PAYMENTS AND CREDITS

12/12/14 APPLY PART OF CREDIT BALANCE FROM MATTER 01-A TO      120.00CR
         PAY CURRENT BALANCE DUE.
01/31/15 CREDIT BALANCE FOR MATTER 01-A APPLIED TO UNPAID      941.01CR
         BALANCE DUE FOR MATTER 01-L.

```
                                                        ----------
         TOTAL PAYMENTS AND CREDITS               $   1,061.01CR
```

------------------------------------------------------------------------

SUMMARY OF ACCOUNT

```
BALANCE FORWARD                                   $        0.00
TOTAL NEW CHARGES                                         3,807.88
PAYMENTS AND CREDITS                                     1,061.01CR
                                                        ----------

     TOTAL BALANCE DUE *** PLEASE PAY THIS AMOUNT **  $   2,746.87
```

------------------------------------------------------------------------

037

"EXHIBIT D"

C38

LAW OFFICES OF
DAVID A. TILEM
206 N.  JACKSON STREET, SUITE  201
GLENDALE, CA 91206
TELEPHONE: (818) 507-6000
FACSIMILE: (818) 507-6800

MARCH 2, 2015

KAREN MCCLAIN                                  OUR FILE:  02823.01-B
8950 W. OLYMPIC BOULEVARD, #193
BEVERLY HILLS, CA 90211

STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH FEBRUARY 28, 2015

RE:  EMPLOYMENT AND COMPENSATION

------------------------------------------------------------------------

PREVIOUS BALANCE DUE                                    $      0.00

------------------------------------------------------------------------

PROFESSIONAL SERVICES

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| 02/09/15 | MLM | PREPARE FEE APPLICATION. | 1.30 | 100 | 130.00 |

SUMMARY OF SERVICES

MLM = MALISSA L. MURGUIA   1.30 hr @ 100.00$   130.00

                                              -------    ----------
        TOTAL PROFESSIONAL SERVICES           1.30       $   130.00

------------------------------------------------------------------------

COSTS AND DISBURSEMENTS                                 $      0.00

------------------------------------------------------------------------

TOTAL NEW CHARGES                                       $    130.00

------------------------------------------------------------------------

039

PAGE TWO
MARCH 2, 2015
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH FEBRUARY 28, 2015
KAREN MCCLAIN
OUR FILE:  02823.01-B

-----------------------------------------------------------------------

SUMMARY OF ACCOUNT

| | | |
|---|---|---|
| BALANCE FORWARD | $ | 0.00 |
| TOTAL NEW CHARGES | | 130.00 |
| PAYMENTS AND CREDITS | | 0.00 |

TOTAL BALANCE DUE *** PLEASE PAY THIS AMOUNT **  $    130.00

-----------------------------------------------------------------------

| | | | | | |
|---|---|---|---|---|---|
| 04/07/2015 | | | FEES IN WIP FOR 02823 | | Page 1 |

| # | Type | Date/File | Atty | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 164564 | H | 03/16/15 | SSL | REVIEW AND REVISE FEE APPLICATION. | 0.50 | 200.00 |
| 164565 | H | 03/17/15 | SSL | CONTINUE TO REVIEW AND REVISE FEE APPLICATION. | 0.50 | 200.00 |
| 164598 | N | 03/18/15 | SSL | TEXT MESSAGE TO CLIENT REGARDING DECLARATION FOR FEE APPLICATION. | 0.10 | 40.00X |

GRAND TOTAL                                               1.1      440.00

041

04/07/2015                                                                                      Page 1

| # | Type | Date/File | Atty | Description | Hours | Amount |
|---|------|-----------|------|-------------|-------|--------|
| 164937 | C | 04/07/15 | MLM | POSTAGE FOR FEE APPLICATION. | | 15.00 |
| 164938 | C | 04/07/15 | MLM | COPIES OF FEE APPLICATION. | | 25.00 |

GRAND TOTAL                                                    0.00        40.00

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
206 N. Jackson Street, Suite 201, Glendale, CA 91206

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF APPLICATION AND APPLICATION FOR FEES AND COSTS; DECLARATION OF SYLVIA S. LEW IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **4/7/15**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **CHAPTER 13 TRUSTEE**: Kathy A Dockery (TR)    efiling@CH13LA.com
- **INTERESTED PARTY:** Denice Gaucin    denice@evict123.com
- **ATTORNEY FOR DEBTOR:** David A Tilem    davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;malissamurguia@tilemlaw.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com
- **U.S. TRUSTEE:** United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- **INTERESTED PARTY:** Michael D Vanlochem    janguiano@vandc.net

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 12/2/2014 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Neil Bason: United States Bankruptcy Court, 255 E. Temple Street, Suite 1552, Los Angeles, CA 90012

Debtor: Karen McClain, 8950 W. Olympic Boulevard, #193, Beverly Hills, CA 90211

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/7/15 | Malissa Murguia | *Malissa Murguia* |
|--------|------------------|------------------|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**ADDITIONAL SERVICE BY U.S. MAIL**
4055 Loft
4055 Lynwood Ave.
Los Angeles, CA 90066

Amy Leiner
Amy Leiner Designs
207 Neckroad
Madison, CT 06443

Banana Blue
RMS
305 Fellowship Rd. #100 P.O. Box 54
Mt. Laurel, NJ 08054

Beach Cities
Emergency Group
P.O. Box 10550
Westminister, CA 92685-0550

CALIFCO, LLC
C/O Aaron D. Aftergood
319 S. Robertson Boulevard
Beverly Hills, CA 90211

Cheetah Movers
1245 West 135th Street
Gardena, CA 90247

Citibank
Processing Center
Des Moines, IA 50363

Collections Bureau Of America
Sparkletts Standard
25954 Eden Road, 1st Floor
Hayward Landing, CA 94545

Department Of Water And Power
111 No. Hope St.
P.O. Box 51111
Los Angeles, CA 90051-0100

Elemente Clemente
Terrace International
P.O. Box 1186
Fort Lee, NJ 07024

Evolution
Robinson & Associates
1612 Beverly Blvd.
Los Angeles, CA 90026

EZ Storage
12901 Culver Blvd.
Los Angeles, CA 90066

GSM Fashions
Jeffrey S. Roz
1755 University Drive
Pembrook Pines, FL 33024

Home Depot Credit Services
P.O. Box 183175
Columbus, OH 43213

Infiniti Financial Services
P.O. Box 660366
Dallas, TX 75266-0366

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA 19114-0326

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Milano Imports, Inc.
Musani
110 East Ninth St. Ste. B-385
Los Angeles, CA 90079

Smyyth Collections, LLC
De Sentino Inc.
51 Cragwood Rd. Ste. 201
South Plainfield, NJ 07080

The Michael Collection
Attn: Michael Dicker
552 Fashion Ave. Rm. 501
New York, NY 10018

Verizon
P.O. Box 66108
Dallas, TX 75266

Warren O. Hodges, Jr.
Ritt, Tai, Thvedt & Hodges, LLP
65 North Raymond Avenue, Suite 320
Pasadena, CA 91103

Wilson Security Systems
9018 Balboa Blvd. #601
Northridge, CA 91325