David A. Tilem (Bar No. 103825)
Sylvia S. Lew (Bar No. 247139)
LAW OFFICES OF DAVID A. TILEM
206 North Jackson Street, Suite 201
Glendale, California 91206
Tel:(818) 507-6000 * Fax:(818) 507-6800
DavidTilem@tilemlaw.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Case No. 2:14-bk-29489-NB |
| | ) |
| | ) Chapter 13 |
| | ) |
| | ) |
| | ) **NOTICE OF WITHDRAWAL OF RIGHTS** |
| KAREN VIRGINIA MCCLAIN, | ) **AND RESPONSIBILITIES AGREEMENT** |
| | ) **(DOCKET #11)** |
| | ) |
| | ) |
| | ) [NO HEARING REQUIRED] |
| | ) |
| Debtor. | ) |
| | ) |
| _____ | ) |

TO THE HONORABLE NEIL BASON, UNITED STATES BANKRUPTCY JUDGE; THE

CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:

Karen McClain("Debtor") and the Law Offices of David Tilem

("Firm"), counsel of record for Debtor, hereby withdraw the Rights

and Responsibilities Agreement between Debtor and the Firm filed on

October 31, 2014. (Docket #11).

Dated: April 7, 2015                    LAW OFFICES OF DAVID A. TILEM

BY: Sylvia Lew
     Attorney for Debtor

PIP:\Active Clients\02800-02899\02823-McClain\B\Fee App\20150407-NtcWithdrawRARA.wpd          1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
206 N. Jackson Street, Suite 201, Glendale, CA 91206

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF WITHDRAWAL OF RIGHTS AND RESPONSIBILITIES AGREEMENT (DOCKET #11)** Debtor(s). will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **4/7/15**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **CHAPTER 13 TRUSTEE:** Kathy A Dockery (TR)   efiling@CH13LA.com
- **INTERESTED PARTY:** Denice Gaucin   denice@evict123.com
- **ATTORNEY FOR DEBTOR:** David A Tilem   davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;malissamurguia@tilemlaw.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com
- **U.S. TRUSTEE:** United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
- **INTERESTED PARTY:** Michael D Vanlochem   janguiano@vandc.net

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 12/2/2014  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Neil Bason: United States Bankruptcy Court, 255 E. Temple Street, Suite 1552, Los Angeles, CA 90012

Debtor: Karen McClain, 8950 W. Olympic Boulevard, #193, Beverly Hills, CA 90211

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/7/15 | Malissa Murguia | *Malissa Murguia* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                   **F 9013-3.1.PROOF.SERVICE**