United States Bankruptcy Court
Central District of California

In re:                                                          Case No. 14-29489-NB
Karen Virginia McClain                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2        User: nvandenst        Page 1 of 2        Date Rcvd: Apr 22, 2015
                           Form ID: van150        Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2015.
```
db            +Karen Virginia McClain,   8950 W. Olympic Blvd, #193,   Beverly Hillls, CA 90211-3565
smg            Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA  90053-0200
cr            +Califco LLC, A Calif. LTD. Liability Co.,   Dennis P. Block & Associates,
               5437 Laurel Canyon Blvd., 2nd Floor,   Valley Village, CA 91607-4613
35834270       4055 LOFT,   4055 LYNWOOD AVE,   LOS ANGELES CA  90066
35834271      +AMY LEINER,   AMY LEINER DESIGNS,   207 NECKROAD,   MADISON CT 06443-2700
35834272      +BANANA BLUE,   RMS/ 305 FELLOWSHIP RD #100,   PO BOX 5471,   MT LAUREL NJ 08054-5471
35834273       BEACH CITIES,   EMERGENCY GROUP,   PO BOX 10550,   WESTMINISTER CA  92685-0550
35725857      +CALIFCO, LLC,   C/O Aaron D. Aftergood,   319 S. Robertson Boulevard,
               Beverly Hills, CA 90211-3602
35834274      +CHEETAH MOVERS,   1245 WEST 135TH ST,   GARDENA CA 90247-1906
35834276       COLLECTIONS BUREAU OF AMERICA,   SPARKLETTS STANDARD,   25954 EDEN ROAD 1ST FLOOR,
               HAYWARD LANDING CA  94545
35834277      +DEPT OF WATER AND POWER,   111 N HOPE ST/ PO BOX 51111,   LOS ANGELES CA 90051-5700
36001304       Dept of Water and Power City of L A,   Attn Bankruptcy,   PO Box 51111,
               Los Angeles CA  90051-5700
35834278      +ELEMENTE CLEMENTE,   TERRACE INTERNATIONAL,   PO BOX 1186,   FORT LEE NJ 07024-1186
35834279      +EVOLUTION,   ROBINSON & ASSOCIATES,   1612 BEVERLY BLVD,   LOS ANGELES CA 90026-5751
35834280      +EZ STORAGE,   12901 CULVER BLVD,   LOS ANGELES CA 90066-6707
35834281      +GSM FASHIONS,   JEFFREY S ROZ,   1755 UNIVERSITY DRIVE,   PEMBROOK PINES FL 33024-3601
35834282      +HOME DEPOT CREDIT SERVICES,   PO BOX 183175,   COLUMBUS OH 43218-3175
35737314       Infiniti Financial Services,   PO Box 660366 Dallas TX 75266-0366
35834285      +MILANO IMPORTS INC,   MUSANI,   110 E NINTH ST STE B-385,   LOS ANGELES CA 90079-3385
35834286      +SMYYTH COLLECTIONS LLC,   DE SENTINO INC,   51 CRAGWOOD RD STE 201,
               S PLAINFIELD NJ 07080-2405
35834287      +THE MICHAEL COLLECTION,   ATTN MICHAEL DICKER,   552 FASHION AVE RM 501,
               NEW YORK NY 10018-3242
35834288       VERIZON,   PO BOX 66108,   DALLAS TX  75266
35834289      +WARREN O HODGES JR,   RITT TAI THVEDT & HODGES LLP,   65 N RAYMOND AVE STE 320,
               PASADENA CA 91103-3978
35834290      +WILSON SECURITY SYSTEMS,   9018 BALBOA BLVD #601,   NORTHRIDGE CA 91325-2610
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            EDI: EDD.COM Apr 23 2015 03:13:00     Employment Development Dept.,   Bankruptcy Group MIC 92E,
               P.O. Box 826880,   Sacramento, CA  94280-0001
smg            EDI: CALTAX.COM Apr 23 2015 03:13:00     Franchise Tax Board,   Bankruptcy Section MS: A-340,
               P.O. Box 2952,   Sacramento, CA  95812-2952
36036623      +EDI: CINGMIDLAND.COM Apr 23 2015 03:13:00     AT&T Mobility II LLC,   %AT&T SERVICES INC.,
               KAREN A. CAVAGNARO  PARALEGAL,   ONE AT&T WAY, SUITE 3A104,   BEDMINSTER, NJ 07921-2693,
               908-532-1957    km1426@att.com
35834275      +EDI: CITICORP.COM Apr 23 2015 03:13:00     CITIBANK,   PROCESSING CENTER,
               DES MOINES IA 50363-0001
35834283       EDI: IRS.COM Apr 23 2015 03:13:00     INTERNAL REVENUE SERVICE,   PO BOX 21126,
               PHILADELPHIA PA  19114-0326
36036431       EDI: PRA.COM Apr 23 2015 03:13:00     Portfolio Recovery Associates, LLC,   c/o Bank Of America,
               POB 41067,   Norfolk VA 23541
                                                                              TOTAL: 6


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             INFINITI FINANCIAL SERVICES
35834284*     +INTERNAL REVENUE SERVICE,   PO BOX 7346,   PHILADELPHIA PA 19101-7346
                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2015                              Signature:  /s/Joseph Speetjens

District/off: 0973-2          User: nvandenst          Page 2 of 2          Date Rcvd: Apr 22, 2015
                             Form ID: van150          Total Noticed: 30

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2015 at the address(es) listed below:
          David A Tilem    on behalf of Debtor Karen Virginia McClain davidtilem@tilemlaw.com,
           DavidTilem@ecf.inforuptcy.com;malissamurguia@tilemlaw.com;joanfidelson@tilemlaw.com;JoanFidelson@
           ecf.inforuptcy.com;MalissaMurguia@ecf.inforuptcy.com
          Denice  Gaucin    on behalf of Creditor   Califco LLC, A Calif. LTD. Liability Co.
           denice@evict123.com
          Kathy A Dockery (TR)    efiling@CH13LA.com
          Michael D Vanlochem    on behalf of Creditor   INFINITI FINANCIAL SERVICES janguiano@vandc.net
          Sylvia  Lew    on behalf of Debtor Karen Virginia McClain Sylvialew@tilemlaw.com,
           malissamurguia@tilemlaw.com;joanfidelson@tilemlaw.com;SylviaLew@ecf.inforuptcy.com;JoanFidelson@e
           cf.inforuptcy.com;MalissaMurguia@ecf.inforuptcy.com
          United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                    TOTAL: 6

## United States Bankruptcy Court
## Central District Of California

**255 East Temple Street, Los Angeles, CA 90012**

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Karen Virginia McClain

**BANKRUPTCY NO.** 2:14–bk–29489–NB

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–4711
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 4/22/15

**Address:**
8950 W. Olympic Blvd, #193
Beverly Hillls, CA 90211

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed; and

(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

BY THE COURT,

Dated: April 22, 2015

**Kathleen J. Campbell**
Clerk of Court

(Form od13a VAN–150) Rev. 03/09

**34 / NV**