Sylvia S. Lew (Bar No. 247139)
LAW OFFICES OF DAVID A. TILEM
206 North Jackson Street, Suite 201
Glendale, California 91206
Tel:(818) 507-6000 * Fax:(818) 507-6800
SylviaLew@TilemLaw.com

Attorneys for Debtor


#### UNITED STATES BANKRUPTCY COURT

#### CENTRAL DISTRICT OF CALIFORNIA

#### LOS ANGELES DIVISION


In re:

KAREN VIRGINIA McCLAIN,

                              Debtor.

_____

) Case No. 2:14-bk-29489-NB
)
) Chapter 13
)
)
) **DECLARATION OF SYLVIA LEW IN**
) **SUPPORT OF APPLICATION OF FEES AND**
) **COSTS (DOCKET #32)**
)
)
) [No Hearing Required]
)
)

I, Sylvia Lew, hereby declare and state as follows:

1.   I have personal knowledge of the facts set forth below and if called upon to testify could and would testify thereto in a court of law.

2.   I am an associate attorney with the Law Offices of David A. Tilem (the "Firm"), counsel of record to debtor Karen McClain ("Debtor").

3.   The Firm filed a fee application ("FeeApp") in Debtor's case on April 7, 2015. (Docket 32).

4.   On or around March 18, 2015 and prior to filing the FeeApp, the firm emailed and texted Debtor and asked her to review

P:\Active Clients\02346-Cabral\A\20100602-NtcOfHrng-Mo4Redemption.wpd

the Firm's billing statements and to sign a declaration approving the Firm's request for fees and costs.

5.    A follow up email was sent to Ms. McClain on March 23, 2015 regarding her declaration.

6.    Shortly afterward, I spoke to Ms. McClain on the phone and she indicated that she was caring for her sister who was ill and would review the declaration when she was available.

7.    Not knowing when Debtor would be available, the Firm filed its FeeApp without Debtor's declaration.

8.    On April 20, 2015, I spoke to Debtor on the telephone and she indicated that she would sign the declaration in support of the Firm's fee application and return it as soon as possible.

9.    I sent Debtor another copy of her declaration in support of the Firm's FeeApp on April 21, 2015 via email.

10.    As of April 27, 2015, I have not received Debtor's signed declaration.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. This declaration was executed on April 27, 2015 at Glendale, California.

BY: Sylvia Lew

P:\Active Clients\02346-Cabral\A\20100602-NtcOfHrng-Mo4Redemption.2pd

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 206 N. Jackson Street, Suite 201, Glendale, CA 91206

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF SYLVIA LEW IN SUPPORT OF APPLICATION OF FEES AND COSTS (DOCKET #32)**will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **4/28/15**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **CHAPTER 13 TRUSTEE:** Kathy A Dockery (TR)    efiling@CH13LA.com
- **INTERESTED PARTY:** Denice Gaucin    denice@evict123.com
- **ATTORNEY FOR DEBTOR:** David A Tilem    davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;malissamurguia@tilemlaw.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com
- **U.S. TRUSTEE:** United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- **INTERESTED PARTY:** Michael D Vanlochem    janguiano@vandc.net

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 4/28/15 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Neil Bason: United States Bankruptcy Court, 255 E. Temple Street, Suite 1552, Los Angeles, CA 90012

Debtor: Karen McClain, 8950 W. Olympic Boulevard, #193, Beverly Hills, CA 90211

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/28/15 | Malissa Murguia | *Malissa Murguia* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                          **F 9013-3.1.PROOF.SERVICE**