| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Sylvia S. Lew (Bar No. 247139)**<br>**Law Offices of David A. Tilem**<br>**206 North Jackson Street, Suite 201**<br>**Glendale, CA 91206**<br>**Tel: (818) 507-6000 * Fax: (818) 507-6800**<br>**Email: sylvialew@tilemlaw.com** | |
| ☐  Individual *appearing without an attorney*<br>☒  *Attorney for:* **Debtors** | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re:<br><br>    **Karen McClain** | CASE NO.: **2:14-29489-NB** |
|---|---|
| | CHAPTER: **13** |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** *(title of motion[1])*:<br><br>**Application for Fees and Costs** |
| Debtor(s) | |

PLEASE TAKE NOTE that the order titled **ORDER ON APPLICATION FOR SUPPLEMENTAL FEES** was lodged on *(date)* **4/28/15** and is attached.  This order relates to the motion which is docket number **32**.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

"EXHIBIT 1"

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Sylvia S. Lew (Bar No. 247139)<br>Law Offices of David A. Tilem<br>206 North Jackson Street, Suite 201<br>Glendale, CA 91206<br>Tel: (818) 507-6000 * Fax: (818) 507-6800<br>Email: sylvialew@tilemlaw.com<br><br><br>☐ *Chapter 13 trustee*<br>☒ *Attorney for:* Debtor | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>    Karen McClain<br><br><br><br><br>                                                    Debtor(s). | CASE NO.: 2:14-bk-29489-NB<br>CHAPTER: 13 |
|---|---|
| | **ORDER ON APPLICATION FOR SUPPLEMENTAL FEES**<br><br>[No Hearing Required] |

Based on the Application for Supplemental Fees (Application) filed on (*date*) <u>04/07/2015</u> as docket entry number <u>32</u> ~~and the recommendation of the chapter 13 trustee~~, the court orders as follows:

☒    that the sum of <u>$750.00</u> is allowed Applicant as compensation for extraordinary services referred to in the Application and the chapter 13 trustee is directed to pay the unpaid balance of <u>$750.00</u>, from the estate of the Debtor as funds permit.

☐    that Applicant calendar the Application for hearing before the undersigned bankruptcy judge and that Applicant give appropriate notice of the hearing to the Debtor and the chapter 13 trustee.

☐    that the Application be set for hearing on: (*date*) _____ at (*time*) _____.

Comments:

###

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                        Page 1                                        **F 3015-1.12.ORDER.CH13.FEES**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**206 North Jackson Street, Suite 201, Glendale, CA 91206**

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **4/28/15**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **4/28/15**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Neil Bason
United States Bankruptcy Court
255 East Temple Street, Suite 1552
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/28/15 | Malissa Murguia | *Malissa Murguia* |
|---------|-----------------|-------------------|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**ECF Service List:**

- **INTERESTED PARTY:** Bradley S Beherns    ecfcacb@piteduncan.com
- **CHAPTER 13 TRUSTEE:** Kathy A Dockery (TR)    efiling@CH13LA.com
- **ATTORNEY FOR DEBTOR:** Sylvia Lew    Sylvialew@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;joanfidelson@tilemlaw.com;SylviaLew@ecf.inforuptcy.com;JoanFidelson@ecf.inforuptcy.com
- **INTERESTED PARTY:** Vanessa Lewis    vanessa.lewis@ocwen.com
- **INTERESTED PARTY:** Casper J Rankin    ecfcacb@piteduncan.com, CJR@ecf.inforuptcy.com
- **United States Trustee** (LA)    ustpregion16.la.ecf@usdoj.gov
- **ATTORNEY FOR CREDITOR:** Jennifer H Wang    jwang@cookseylaw.com, jodom@cookseylaw.com
- **INTERESTED PARTY:** Gilbert R Yabes    ch11ecf@piteduncan.com, GRY@ecf.inforuptcy.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.