Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Sylvia S. Lew (Bar No. 247139)
Law Offices of David A. Tilem
206 North Jackson Street, Suite 201
Glendale, CA 91206
Tel: (818) 507-6000 * Fax: (818) 507-6800
Email: sylvialew@tilemlaw.com

☐ *Chapter 13 trustee*
☒ *Attorney for:* Debtor

FOR COURT USE ONLY

**FILED & ENTERED**

**APR 28 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY huerta    DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re:

Karen McClain

Debtor(s).

CASE NO.: 2:14-bk-29489-NB

CHAPTER: 13

**ORDER ON APPLICATION FOR SUPPLEMENTAL FEES**

[No Hearing Required]

Based on the Application for Supplemental Fees (Application) filed on (*date*) 04/07/2015 as docket entry number 32 ~~and the recommendation of the chapter 13 trustee~~, the court orders as follows:

☒  that the sum of $750.00 is allowed Applicant as compensation for extraordinary services referred to in the Application and the chapter 13 trustee is directed to pay the unpaid balance of $750.00, from the estate of the Debtor as funds permit.

☐  that Applicant calendar the Application for hearing before the undersigned bankruptcy judge and that Applicant give appropriate notice of the hearing to the Debtor and the chapter 13 trustee.

☐  that the Application be set for hearing on: (*date*) _____ at (*time*) _____.

Comments:

### ###

Date: April 28, 2015

Neil W. Bason
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.