| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Sylvia S. Lew (Bar No. 247139)<br>Law Offices of David A. Tilem<br>206 North Jackson Street, Suite 201<br>Glendale, CA 91206<br>Tel: (818) 507-6000 * Fax: (818) 507-6800<br>Email: sylvialew@tilemlaw.com | FOR COURT USE ONLY |
|---|---|
| ☐ *Chapter 13 trustee*<br>☒ *Attorney for:* Debtor | **FILED & ENTERED**<br><br>**MAY 01 2015**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY huerta    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>    Karen McClain<br><br><br><br><br>                                                  Debtor(s). | CASE NO.:  2:14-bk-29489-NB<br><br>CHAPTER: 13<br><br>**AMENDED ORDER ON APPLICATION FOR SUPPLEMENTAL FEES**<br><br>[No Hearing Required] |
|---|---|

Based on the Application for Supplemental Fees (Application) filed on (*date*) 04/07/2015 as docket entry number 32 ~~and the recommendation of the chapter 13 trustee~~, the court orders as follows:

☒    that the sum of $8,587.19 is allowed Applicant as compensation for extraordinary services referred to in the Application and the chapter 13 trustee is directed to pay the unpaid balance of $4,257.19, from the estate of the Debtor as funds permit.

☐    that Applicant calendar the Application for hearing before the undersigned bankruptcy judge and that Applicant give appropriate notice of the hearing to the Debtor and the chapter 13 trustee.

☐    that the Application be set for hearing on: (*date*) _____ at (*time*) _____.

Comments:

        Date: May 1, 2015

_____
Neil W. Bason
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                              Page 1                              **F 3015-1.12.ORDER.CH13.FEES**