United States Bankruptcy Court
Central District of California

In re:
Karen Virginia McClain
     Debtor

Case No. 14-29489-NB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0973-2       User: ghuertaC       Page 1 of 1       Date Rcvd: May 01, 2015
      Form ID: pdf042       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2015.
db       +Karen Virginia McClain,    8950 W. Olympic Blvd, #193,    Beverly Hillls, CA 90211-3565

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.       TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2015       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2015 at the address(es) listed below:
      David A Tilem    on behalf of Debtor Karen Virginia McClain davidtilem@tilemlaw.com,
   DavidTilem@ecf.inforuptcy.com;malissamurguia@tilemlaw.com;joanfidelson@tilemlaw.com;JoanFidelson@
   ecf.inforuptcy.com;MalissaMurguia@ecf.inforuptcy.com
      Denice Gaucin    on behalf of Creditor   Califco LLC, A Calif. LTD. Liability Co.
   denice@evict123.com
      Kathy A Dockery (TR)    efiling@CH13LA.com
      Michael D Vanlochem    on behalf of Creditor   INFINITI FINANCIAL SERVICES janguiano@vandc.net
      Sylvia Lew    on behalf of Debtor Karen Virginia McClain Sylvialew@tilemlaw.com,
   malissamurguia@tilemlaw.com;joanfidelson@tilemlaw.com;SylviaLew@ecf.inforuptcy.com;JoanFidelson@e
   cf.inforuptcy.com;MalissaMurguia@ecf.inforuptcy.com
      United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
      TOTAL: 6

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Sylvia S. Lew (Bar No. 247139)
Law Offices of David A. Tilem
206 North Jackson Street, Suite 201
Glendale, CA 91206
Tel: (818) 507-6000 * Fax: (818) 507-6800
Email: sylvialew@tilemlaw.com

FOR COURT USE ONLY

**FILED & ENTERED**

**MAY 01 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY huerta    DEPUTY CLERK**

☐ *Chapter 13 trustee*
☒ *Attorney for:* Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re:

Karen McClain

CASE NO.: 2:14-bk-29489-NB

CHAPTER: 13

**AMENDED ORDER ON APPLICATION FOR SUPPLEMENTAL FEES**

[No Hearing Required]

Debtor(s).

Based on the Application for Supplemental Fees (Application) filed on (*date*) 04/07/2015 as docket entry number 32 ~~and the recommendation of the chapter 13 trustee~~, the court orders as follows:

☒    that the sum of $8,587.19 is allowed Applicant as compensation for extraordinary services referred to in the Application and the chapter 13 trustee is directed to pay the unpaid balance of $4,257.19, from the estate of the Debtor as funds permit.

☐    that Applicant calendar the Application for hearing before the undersigned bankruptcy judge and that Applicant give appropriate notice of the hearing to the Debtor and the chapter 13 trustee.

☐    that the Application be set for hearing on: (*date*) _____ at (*time*) _____.

Comments:

Date: May 1, 2015

_____
Neil W. Bason
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 1                    **F 3015-1.12.ORDER.CH13.FEES**