KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
700 S. FLOWER ST., SUITE 1950
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 |
| Karen Virginia McClain<br>8950 W. Olympic Blvd #193<br>Beverly Hills, CA 90211-0211 | CASE NO.: LA14-29489-NB |
| DEBTOR(S). | **NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF CHAPTER 13 TRUSTEE AND CLOSE CASE** |

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), ATTORNEY OF RECORD FOR THE DEBTOR(S) AND ALL OTHER PARTIES IN INTEREST:**

NOTICE IS HEREBY GIVEN that the Standing Chapter 13 Trustee, KATHY A. DOCKERY ("TRUSTEE"), intends to file a Final Report and Account of your allowed claim, a copy of which is enclosed with this Notice; and

NOTICE IS FURTHER GIVEN that any party objecting to the Final Report and Account of their allowed claim must file and serve a written objection and request a hearing from the court.  Any objection to the Final Report and Account must be served on the Trustee at the address set forth above, the Debtor(s) and the Debtor(s)' attorney of record, if applicable.  Filing a Fee Application or Proof of Claim is not responsive to this notice and will not be deemed an objection to the final report.  In the event no objection is filed within thirty (30) days after the date of service of this Notice, the Court will discharge the Trustee and close the case  (see 11 U.S.C. §350 (a) and F.R.B.P., Rule 5009).

DATED: 6/5/2015

Kathy A. Dockery, Trustee

**Karen Virginia McClain**

**LA14-29489-NB**
**PETITION FILED:  10/15/14**

**(a) DISMISSED PRE-CONFIRMATION**

## CLAIMS AND DISBURSMENTS

| Claim # | Claimant Name | Scheduled Claim Amount | Proof of Claim Amount | % to be paid | Allowed Claim | Int Rate | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|
| ATTY | LAW OFFICES OF DAVID A. TILEM ATTORNEY FEE | $4,257.19 | $4,257.19 | 100.00% | $4,257.19 | | $1,275.00 | | $2,982.19 |
| 00002 | CALIFCO, LLC SECURED CLASS 3 | $27,900.00 | $0.00 | 100.00% | $0.00 | | | | |
| 00004 | 4055 LOFT UNSECURED | $8,500.00 | $0.00 | | NOT FILED | | | | |
| 00005 | AMY LEINER UNSECURED | $6,783.00 | $0.00 | | NOT FILED | | | | |
| 00006 | BANANA BLUE UNSECURED | $10,213.00 | $0.00 | | NOT FILED | | | | |
| 00007 | Beach Cities Emergency UNSECURED | $499.00 | $0.00 | | NOT FILED | | | | |
| 00008 | CHEETAH MOVERS UNSECURED | $6,200.00 | $0.00 | | NOT FILED | | | | |
| 00009 | Citibank UNSECURED | $16,629.00 | $0.00 | | NOT FILED | | | | |
| 00010 | COLLECTION BUREAU OF AMERICA UNSECURED | $589.00 | $0.00 | | NOT FILED | | | | |
| 00011 | DEPT OF WATER & POWER Filed: 02/03/15 UNSECURED | $2,449.38 | $2,344.89 | 0.00% | $0.00 | | | | |
| 00012 | DEPT OF WATER & POWER Filed: 02/03/15 UNSECURED | $1,055.31 | $1,527.81 | 0.00% | $0.00 | | | | |
| 00013 | DEPT OF WATER & POWER Filed: 02/03/15 UNSECURED | $500.00 | $1,304.70 | 0.00% | $0.00 | | | | |
| 00014 | ELEMENTE CLEMENTE UNSECURED | $16,456.00 | $0.00 | | NOT FILED | | | | |
| 00015 | EVOLUTION UNSECURED | $1,859.34 | $0.00 | | NOT FILED | | | | |
| 00016 | EZ STORAGE UNSECURED | $242.00 | $0.00 | | NOT FILED | | | | |
| 00017 | EZ STORAGE UNSECURED | $2,571.20 | $0.00 | | NOT FILED | | | | |
| 00018 | GSM FASHIONS UNSECURED | $2,173.60 | $0.00 | | NOT FILED | | | | |
| 00019 | Home Depot Credit Services UNSECURED | $1,375.00 | $0.00 | | NOT FILED | | | | |
| 00020 | INTERNAL REVENUE SERVICE UNSECURED | $9,544.64 | $0.00 | | NOT FILED | | | | |
| 00021 | MILANO IMPORTS, INCORPORATED UNSECURED | $5,000.00 | $0.00 | | NOT FILED | | | | |
| 00022 | SMYYTH COLLECTIONS, LLC UNSECURED | $2,972.00 | $0.00 | | NOT FILED | | | | |

## CLAIMS AND DISBURSMENTS

| Claim # | Claimant Name | Scheduled Claim Amount | Proof of Claim Amount | % to be paid | Allowed Claim | Int Rate | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|
| 00023 | THE MICHAEL COLLECTION UNSECURED | $6,000.00 | $0.00 | | NOT FILED | | | | |
| 00024 | VERIZON UNSECURED | $238.73 | $0.00 | | NOT FILED | | | | |
| 00025 | WARREN O HODGES, JR UNSECURED | $8,000.00 | $0.00 | | NOT FILED | | | | |
| 00026 | WILSON SECURITY SYSTEMS UNSECURED | $1,425.70 | $0.00 | | NOT FILED | | | | |
| 00027 | PORTFOLIO RECOVERY ASSOCIATES, LLC, Filed: 02/19/15 | $0.00 | $2,086.12 | 0.00% | $0.00 | | | | |
| 00028 | AT&T MOBILITY II, LLC Filed: 02/19/15 UNSECURED | $0.00 | $289.64 | 0.00% | $0.00 | | | | |
| 00001 | INFINITI FINANCIAL SERVICES Filed: 10/20/14 SECURED BY VEHICLE CLASS 3 | $0.00 | $29,594.56 | 100.00% | $0.00 | | | | |
| TTE | Trustee Fee Admin | | | | | | $100.00 | | |
| | **TOTAL** | **$143,433.09** | **$41,404.91** | | **$4,257.19** | | **$1,375.00** | **$0.00** | **$2,982.19** |

### PLAN PAID ALLOWED UNSECURED CLAIMS AT 0.00%

### SUMMARY OF CLAIMS FILED

| | |
|---|---|
| **PRIORITY CLAIMS** | **$4,257.19** |
| **SECURED CLAIMS** | **$0.00** |
| **UNSECURED CLAIMS** | **$7,553.16** |
| **TOTAL CLAIMS** | **$11,810.35** |

### SUMMARY OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **TOTAL RECEIPTS** | **$1,375.00** |
| **TRUSTEE FEES** | $100.00 |
| **ATTORNEY FEES** | $1,275.00 |
| **DEBTOR REFUNDS** | $0.00 |
| **PRIORITY CLAIMS** | $0.00 |
| **SECURED CLAIMS (Includes Interest)** | $0.00 |
| **UNSECURED CLAIMS** | $0.00 |
| **TOTAL DISBURSEMENTS** | **$1,375.00** |
| **BALANCE ON HAND** | **$0.00** |

| | |
|---|---|
| In re: **KAREN VIRGINIA MCCLAIN** | CHAPTER: 13 |
| | CASE NUMBER: **LA14-29489-NB** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
700 S. Flower Street, Suite 1950
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF CHAPTER 13 TRUSTEE AND CLOSE CASE**", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 6/5/15, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/5/2015 | Perlita Gozun | *Perlita Gozun* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9013-3.1**

In re: **KAREN VIRGINIA MCCLAIN**

CHAPTER:   13

CASE NUMBER:   **LA14-29489-NB**

## Service List

Karen Virginia McClain
8950 W. Olympic Blvd #193
Beverly Hills, CA 90211

LAW OFFICES OF DAVID A. TILEM
206 N JACKSON ST
SUITE 201
GLENDALE, CA 91206

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**