KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
700 S. FLOWER ST., SUITE 1950
LOS ANGELES,CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

|  |  |
|---|---|
| IN RE:<br><br>Karen Virginia McClain<br>8950 W. Olympic Blvd #193<br>Beverly Hills, CA 90211-0211<br><br>DEBTOR(S). | CHAPTER 13<br><br>Case No: LA14-29489-NB<br><br>**DECLARATION RE: NON-RECEIPT OF OBJECTIONS TO TRUSTEE'S FINAL REPORT AND ACCOUNT** |

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE:**

On 06/05/2015, this Office served upon the interested parties a "Notice of Intent to File Trustee's Final Report and Account". This Office has not received any objection (s) to the Trustee's Final Report and Account within the period permitted by F.R.B.P. Rule 5009.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on 7/14/15 at Los Angeles, California.

Kathy A. Dockery, Standing Chapter 13 Trustee