**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**700 S. FLOWER ST., SUITE 1950**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

Case No. 14-29489-NB

## FINAL REPORT PROOF OF SERVICE

I, Perlita Gozun, declare as follows:

I am employed in the County of Los Angeles, State of California.  My business address is 700 S. Flower Street, Suite 1950, Los Angeles, California 90017.  I am over the age of eighteen and not a party to this case.

On 7/14/2015, the foregoing document described as "**Final Report**," was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below

I.    BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF").  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  [**See Service list**]

II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL.  I served the "**Final Report**" by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Los Angeles, California.  [**See Service list**]

III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL.  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email.  [**See Service list**]

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and executed in Los Angeles, California.

DATED: July 14, 2015

_____
Perlita Gozun

## SERVICE LIST

*** SERVED VIA U.S. MAIL ***
Karen Virginia McClain
8950 W. Olympic Blvd #193
Beverly Hills, CA 90211

*** SERVED BY THE COURT VIA
NOTICE OF ELECTRONIC FILING ***
LAW OFFICES OF DAVID A. TILEM