**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**700 S. FLOWER ST., SUITE 1950**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**ORIGINAL**





### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>Karen Virginia McClain<br><br>DEBTOR(S). | CASE NO.: LA14-29489-NB<br><br>CHAPTER 13<br><br>**DISCHARGE OF CHAPTER 13 TRUSTEE AND ORDER CLOSING CASE** |

Pursuant to the filing of Chapter 13 Trustee Kathy A. Dockery's ("Trustee") Final Report and Account and the Trustee's Declaration regarding Non-Opposition on file herein,

IT IS ORDERED that Chapter 13 Trustee Kathy A. Dockery is discharged, the Trustee's Bond is exonerated, and this case is closed.

For The Court

KATHLEEN J. CAMPBELL

*Clerk of Court*